```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                      Chapter 7

EMILY MARKS,                                                                Case No. 23-11594 (DSJ)

                        Debtor.
------------------------------------------------------------------------x
MARISSA HAHN,

                        Plaintiff,

v.                                                                          Adv. Pro. No. 23-1189 (DSJ)

EMILY MARKS,

                        Defendant.
------------------------------------------------------------------------x
```

## **SCHEDULING ORDER**

Consistent with discussion and the Court's directives on the record during a pre-trial conference on May 30, 2024, it is hereby ORDERED that:

1. Each party's initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be served on or before June 30, 2024.

2. Fact discovery shall be complete on or before August 30, 2024.

3. The parties represented on the record that they do not anticipate requiring expert discovery.

4. The parties are encouraged to discuss whether mediation would be appropriate before they incur further expense and undergo further effort formally litigating their dispute.

5. If any deadline imposed by this order falls on a weekend or court holiday, the applicable deadline shall be the first following regular business day.

6. Any request for an extension of the deadlines set by this order shall be for cause shown, and shall explain what efforts were made to comply with the current deadlines, and why, despite

the requesting party's best efforts, additional time is required. Any party that experiences delay in completing discovery due to another party's failure to timely comply with discovery obligations shall seek relief promptly, without waiting for the end of the discovery period.

7.  The Court will conduct a status conference on September 12, 2024, at 10:00 a.m., by Zoom for Government.  If any party wishes to move for summary judgment at the close of discovery, they are to file a pre-motion conference request letter at least seven days before the September 12 conference, and any responses shall be filed no later than three business days before the conference.

SO ORDERED

Dated: New York, New York         *s/ David S. Jones*
    May 30, 2024                Honorable David S. Jones
                                           United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

Hahn,
    Plaintiff

Marks,
    Defendant

Adv. Proc. No. 23-01189-dsj

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 31, 2024 | Form ID: pdf001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Emily Marks, 466 W. 23rd Street, Apartment 1R, New York, NY 10011-2181 |
| pla | + | Marisa Hahn, c/o DS&A, 23 West 73rd Street, Suite 102, New York, ny 10023-3104 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | ^ MEBN | May 31 2024 19:34:38 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel S Szalkiewicz | on behalf of Plaintiff Marisa Hahn daniel@lawdss.com |

TOTAL: 1