Daniel Szalkiewicz
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 West 73rd Street
Suite 102
New York, New York 10023
(212) 706-1007
daniel@lawdss.com

*Attorneys for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br>        Emily Marks,<br><br>                    Debtor. | Chapter 7 Case No. 23-11594-dsj |
| Marisa Hahn,<br><br>                    Plaintiff,<br><br>        -against-<br><br>Emily Marks<br>466 W 23rd Street<br>Apartment 1R<br>New York, NY 10011,<br><br>                    Defendant. | Adversary Case No. 23-01189-dsj |

**NOTICE OF MOTION FOR AN ORDER GRANTING PLAINTIFF SUMMARY**
**JUDGMENT DECLARING DEFENDANT'S DEBT NONDISCHARGEABLE**

PLEASE TAKE NOTICE that upon the Declaration of Daniel S. Szalkiewicz, Esq., dated

October 8, 2024, and the exhibits annexed thereto, the Statement of Material Facts as to Which

there are No Genuine Issues to be Tried, and the accompanying Memorandum of Law, together

with all prior pleadings and proceedings had herein, the Plaintiff will move this Court on December

5, 2024 at 10:00 a.m. before the Honorable David S. Jones, at the United States Court House located at One Bowling Green, Courtroom 701 New York, NY 10004 pursuant to Rule 56 of the Federal Rules of Civil Procedure for an Order: (a) granting the Plaintiff summary judgment on the First Cause of Action declaring that the debt is nondischargeable pursuant to 11 U.S.C. §523 (a)(6)(b) and (b) for such other and further relief as this Court deems just and proper.

Dated: October 8, 2024
      New York, New York

                                    */s/ Daniel Szalkiewicz*
                                    _____
                                    By: Daniel S. Szalkiewicz, Esq.