Exhibit
4

# Documents Admitted into Evidence at Inquest



Exhibit 1







Exhibit 2





Exhibit 3





Exhibit 4

_s.n.em_

February 12, 2020 9:07 pm



so what's your point ?

I mean I'm just saying you look Fuego bb

you realize cosmo sending this to you is illegal right ?

You're over 18 babygirl

You hit up my ex?

Cute

Message...

Fuego bb

you realize cosmo sending this to you is illegal right ?

You're over 18 babygirl

You hit up my ex?

Cute



Call a lawyer bb

February 22, 2020 3:38 am

stop messaging cosmo from your fake instagram accounts. have some decency and leave us alone. i talked to my family lawyer and i will proceed with legal action so expect something in the mail:) have a good night BB

Message...



Exhibit 5





Exhibit 6



**taras.m**

June 21, 2020 5:15 pm

Happy Daddy Day ! 🥳🎉🎉

You should be saying that to cosmo not me

Wait he's a dad now

I'm daddy

June 23, 2020 1:09 am

9:01

January 26
11:18 PM

Edit

Lmao keep sending my nudes you're so intelligent

I like em

🤣🤣🤣

Can you send better ones? 😊😊

Message...



I like em



Can you send better ones? 

That's fucked up !!!

Dude it's taras oops lol



Lmao keep se
you're so intel



Exhibit 7

9:01　　　　　　　　　　.ıl LTE 🔋

January 26
11:18 PM

Edit



Exhibit 8

 **Circle Medical**

## Receipt: Circle Medical Appointment

marisa hahn
101 Washington Blvd Unit 513,
Stamford, CT, 06902-6851

Invoice #428036
billing@circlemedical.com
(415) 840 0560

| Video Appointment | July 24, 2022 |
|---|---|
| Dr. Lynne Lazarus | 11:10 AM |

| Total | $179.76 |
|---|---|
| Insurance Paid | $0.00 |
| UnitedHealthcare | |
| You Paid | $179.76 |
| Visa ●●●● 6102 | |

**Paid in Full**

Thanks for choosing Circle Medical, marisa.
Need help? Visit the Help Center, Chat with us in the app, or email.

Medical Services by Circle Medical Group of California, an independent medical
practice


**Circle Medical**

## Receipt: Circle Medical Appointment

marisa hahn
101 Washington Blvd Unit 513,
Stamford, CT, 06902-6851

Invoice #385756
billing@circlemedical.com
(415) 840 0560

| Video Appointment | June 22, 2022 |
|---|---|
| Dr. Lynne Lazarus | 12:40 PM |

| Total | $117.19 |
|---|---|
| Insurance Paid | $0.00 |
| UnitedHealthcare | |
| You Paid | $117.19 |
| Visa ●●●● 6102 | |

**Paid in Full**

Thanks for choosing Circle Medical, marisa.
Need help? Visit the Help Center, Chat with us in the app, or email.

Medical Services by Circle Medical Group of California, an independent medical
practice

 **Circle Medical**

## Receipt: Circle Medical Appointment

marisa hahn
101 Washington Blvd Unit 513,
Stamford, CT, 06902-6851

Invoice #353009
billing@circlemedical.com
(415) 840 0560

| Video Appointment | May 25, 2022 |
| --- | --- |
| Dr. Lynne Lazarus | 11:00 AM |

| Total | $170.74 |
| --- | --- |
| Insurance Paid | $0.00 |
| UnitedHealthcare | |
| You Paid | $170.74 |
| MasterCard ●●●● 9478 | |

**Paid in Full**

Thanks for choosing Circle Medical, marisa.
Need help? Visit the Help Center, Chat with us in the app, or email.

Medical Services by Circle Medical Group of California, an independent medical
practice

 **Circle Medical**

## Receipt: Circle Medical Appointment

marisa hahn
101 Washington Blvd Unit 513,
Stamford, CT, 06902-6851

Invoice #330332
billing@circlemedical.com
(415) 840 0560

| Video Appointment | April 19, 2022 |
| --- | --- |
| Anne Koneru, FNP-C | 8:00 AM |

| Total | **$178.36** |
| --- | --- |
| Insurance Paid | $0.00 |
| UnitedHealthcare | |
| You Paid | $178.36 |
| MasterCard ●●●● 9478 | |

**Paid in Full**

Thanks for choosing Circle Medical, marisa.
Need help? Visit the Help Center, Chat with us in the app, or email.

Medical Services by Circle Medical Group of California, an independent medical practice
333 1st Street, Suite A, San Francisco, CA, 94105



Exhibit 9

CDocument Envelope ID: B7729ADA-143F-4F92-85BA-AB6683C58C4C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

M.H.,

                              Plaintiff,              **Affidavit of Merit**

          -against-

E.T. A/K/A E.M.,                              Index No. : 155395/2020

                              Defendant.

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NEW YORK     )

    Marisa Hahn, being duly sworn, deposes and says:

    1.    I am the Plaintiff in the above action and am fully and personally familiar with the facts and circumstances of this matter.

    2.    I submit this Affidavit of Merit in support of my request for a default judgment against the Defendant Emily Marks ("Defendant").

    3.    I know Defendant through my boyfriend, Adam who, for a time, lived with Defendant in the same Manhattan apartment.

    4.    At some point during our relationship, Adam and Defendant slept together.  One day, upset and in search of answers, I reached out to Defendant's boyfriend, Fran, to try to learn more about what Defendant had hold him about the incident.

    5.    On February 12, 2020 at 9:05 p.m, approximately two hours after I spoke with Fran, Defendant sent me my own intimate video and image by Facebook message.  The fourteen second video shows me naked with my buttocks fully exposed; my face is fully visible

1

at multiple points throughout the video. The image appears to be a screenshot from the same video taken while my face is in full view.

6.      Two minutes later, Defendant contacted me on Instagram, this time sending me an image of myself where I am fully naked, with my breasts and genitals exposed. Like with the last photo, my face is clear and visible. Notably, Defendant's camera roll is visible at the bottom of the image, revealing that Defendant is in possession of a large arsenal of my intimate images and/or video.

7.      I sent Defendant a screenshot of New York's revenge porn law which makes it illegal to threaten to or actually disseminate the intimate image of another. Instead of apologizing or even backing down, Defendant simply began taunting me, telling me I was over 18 and saying I should call a lawyer. The conversation ended with me telling her that I intended to do just that.

8.      Thereafter, several months passed. I hoped Defendant had taken my vow to call a lawyer seriously and moved on with her life. Unfortunately, that was not the case.

9.      On June 23, 2020, I received an Instagram message from a mutual friend, Taras. The message was the same image that Defendant had sent to me via Instagram in February, showing my clearly visible face along with my breasts and genitals. The image was sent to me from Taras' account. I then received several written messages from Taras' account that included "I like em" and "Can you send better ones?"

10.      I was horrified and continued to be. Taras was a friend and he is now in possession of at least one of my intimate images.

11.      Defendant and I have many mutual friends; I cannot begin to imagine how many other people with whom she has shared my intimate images and/or videos. I fear interacting

with many friends I once saw and spoke with often because I worry that Defendant will again grow possessive and retaliate against me in the same way as she did with Taras.

12.     Between Defendant's implicit threat to disseminate my images/videos and then her eventual follow through with Taras, what Defendant did to me has had a lasting effect on my mental state. I have spent many nights since February 2020 feeling like I had nowhere to turn and wondering who I can trust.

13.     Even during the throes of the COVID-19 pandemic, while the rest of the world relied on their phones as their lifeline to the outside world, I only grew more fearful of them. I avoided using social media, as I was worried that my presence or interactions might elicit a negative response from Defendant. I worried that something as simple as a message to a person we both knew could lead to Defendant sending that person my images or, even worse, uploading them online.

14.     Similarly, Defendant's actions have even caused me to rethink where I walk, as I am careful to avoid blocks near which Defendant works, lives, or is known to frequent. I worry that any interaction will trigger more of Defendant's vindictive behavior and cause me further humiliation.

15.     In short, Defendant's dissemination of the image to a mutual friend, and the implicit threat that Defendant will do it again looms over my head on a daily basis. It has been a horrifically traumatic event in my life.

16.     Therefore, I respectfully request that this Court grant this default motion.

DocuSigned by:

_Marisa Hahn_
**Marisa Hahn**

Sworn before me this 12 day of January, 2022

_____
Notary Public

3

**DANIEL SZALKIEWICZ, ESQ.,** an attorney admitted to practice law in the Courts of the State of New York, pursuant to C.P.L.R. §2106, declares under penalty of perjury as follows and says:

1. I am a Notary Public in the State of New York.
2. I personally sent Marisa Hahn a copy of the Affidavit through the DocuSign.
3. DocuSign then transmitted the signed Affidavit form to my office.
4. I then called Michelle and she confirmed she signed the sworn document via DocuSign.
5. I submit this verification pursuant to Executive Law Section 137-A.

Dated: January 17, 2022
      New York, New York

                              Daniel S. Szalkiewicz, Esq.



Exhibit 10

# Asia Anna Eaton, Ph.D.
## *Curriculum Vitae*

Florida International University
11200 SW 8th St., DM 208
Miami, FL 33199
Email: aeaton@fiu.edu

Website: http://faculty.fiu.edu/~aeaton
Work telephone: (305) 348-0229
Cell phone: (786) 473-1195
Fax: (305) 348-4172

## EDUCATION

**Ph.D., Psychology** (2009), University of Chicago, Chicago
  Major area: Social Psychology, Minor area: Statistics
  Certificate in University Teaching

**M.S., Counselor Education: Clinical Mental Health Counseling** (2019), FIU, Miami

**M.A., Psychology** (2006), University of Chicago, Chicago

**B.S., Psychology** (2002), Carnegie Mellon University, Pittsburgh
**B.A., Philosophy** (2002), Carnegie Mellon University, Pittsburgh

## APPOINTMENTS

**Associate Professor of Psychology, Florida International University**          2019-present
  Program Director and Core faculty member in the ASCP Psychology Program    2021-present
  Core faculty member in Industrial-Organizational Psychology Program        2019-present
  Core faculty member in the Developmental Psychology Program                2019-present
  Affiliate appointment in Center for Women's and Gender Studies             2019-present

**Assistant Professor of Psychology, Florida International University**          2012-2019
  Core faculty member in Industrial-Organizational Psychology Program        2012-2019
  Core faculty member in the Developmental Psychology Program                2014-2019
  Affiliate appointment in Center for Women's and Gender Studies             2017-2019
  Joint appointment in Psychology and the Center for Women's and Gender Studies   2012-2017

**Research Scientist, Florida International University**                         2010-2012
  Joint appointment in Psychology, the College of Business, and Women's Studies

**Postdoctoral Associate, Florida International University**                     2009-2010
  Joint appointment in Psychology and Women's Studies

## RESEARCH INTERESTS

  Gender roles
  Stereotyping and prejudice          Power and Leadership
  Identity and Intersectionality      Intimate Partner Violence

**GRANTS AWARDED**

---

### NATIONAL GRANTS

**Facebook Grant on identity-based social media communities, PI ($150,000)**            2022-present
*Protecting the privacy of users of identity-based social media groups: A mixed-methods investigation of tools on Facebook to enhance administrator and user control*

**SPSSI Grant-in-Aid, PI on Dual PI Grant ($1,000)**            2020-2021
*Examining the role of sociocultural factors in the relationship between sudden involuntary unemployment and psychological health among LatinX emerging adults*

**SPSSI 2020 SEAS Grant, PI on Dual PI Grant ($1,000)**            2020-2021
*Mentoring underrepresented and racial/ethnic minority (UREM) students and their peers beyond "crisis"*

**NSF Standard Grant, PI ($194,360)**            2020-2022
*RAPID: SaTC: COVID-19 and sexual cyberviolence: Impact on general users and vulnerable populations*

**Multi-College Bystander Efficacy Evaluation, Campus PI at FIU**            2017-2019
*Growing researcher and college communities supporting violence prevention research*

**SPSSI 2017 Local- and State-Level Policy Work Grant, PI ($2,000)**            2017-2018
*Amending Florida law to increase justice for victims of nonconsensual porn: A partnership with the CCRI*

**STP Early Career Travel Grant ($250)**            2016

**NSF ADVANCE IT Grant, Key Personnel ($3.2M)**            2016-2017
*Advancing Women, Equity, and Diversity at FIU*

**APA ProDIGs Grant, PI on Dual PI Grant ($6,500)**            2013-2014
*Identifying intimate partner relationship scripts to reduce verbal sexual coercion*

**NSF ADVANCE PAID Grant, Co-PI ($573,419)**            2011-2014
*Awareness of, Commitment to, and Empowerment of women scientists at FIU*

**TESS Grant, PI**            2006
*The effects of gender and power on persuasion*

### COMPETITIVE INTRAMURAL GRANTS

**FIU Cross-College Faculty Collaboration Grant, PI on Dual PI Grant ($2,000)**            2015-2016
*Investigating pregnancy disclosures at work: Comparing men and women's experiences*

**Kauffman Professorship Grant, PI ($15,000)**            2011-2012
*The significance of entrepreneur gender in business size and growth: How men and women entrepreneurs navigate business growth in the modern world*

**Psychology Graduate Student Research Grant, PI ($1,000)**            2007

**Doolittle-Harrison Fellowship ($500)**                                    2006

**University Fellowship at the University of Chicago ($18,000 x 4 years)**       2003-2007

## HONORS AND AWARDS

## NATIONAL AWARDS

**Distinguished Publication Award from the Association for Women in Psychology (AWP)**   2022
  The award is given in recognition of significant and substantial contributions of research and
  theory that advance our understanding of the psychology of women and promote achievement
  of the goals of the Association. Given for Siegel, Calogero, Eaton, & Roberts (2021).

**Strickland-Daniel Award for Distinguished Mentoring, APA Div. 35 (SPW)**           2022
  The award recognizes the distinguished and senior feminist mentoring of the award winner.

**Fellow in APA, the American Psychological Association (APA)**                    2021
  APA Fellow status is evidence of unusual and outstanding contributions in the field of
  psychology, with "a national impact on the discipline beyond a local, state or regional level."

**Fellow in APA Div. 35, the Society for the Psychology of Women**                2021
  SPW Fellow status demonstrates unusual and outstanding contributions made towards the
  understanding, well-being, and rights of girls and women from a feminist perspective.

**Fellow in APA Div. 9, the Society for the Psychological Study of Social Issues**   2020
  SPSSI Fellow status formally recognizes that you have made outstanding contributions to
  psychology and to the study of social issues

**Selected Member, APA Leadership Institute for Women in Psychology**             2019
  Selected in recognition of outstanding career achievements and demonstrated leadership
  potential

**Leadership Award (emerging), APA's Committee on Women in Psychology**           2019
  Awarded for leadership in ensuring women receive equity within psychology, and that issues
  pertaining to women are kept at the forefront of psychological research, education, and practice.

**Outstanding Teaching and Mentoring Award (SPSSI, APA Div. 9)**                 2019
  Recipient of the annual award for outstanding teaching and mentoring in areas related to
  the psychological study of social issues; this award was the product of student nominations.

**Best Overall Conference Paper, Southern Management Association (SMA)**          2018
  Awarded best overall conference paper for co-authored paper "*Examining the effects of perceived
  pregnancy discrimination on mother and baby health*" at the 2018 annual meeting of the SMA.

**Finalist, Nancy Weiss Malkiel Scholars Award**                                 2017
  This Woodrow Wilson National Fellowship Foundation award recognizes junior faculty who
  balance research, teaching, and service and are creating an inclusive campus community.

**Michele Alexander Early Career Award for Scholarship and Service (SPSSI, APA Div. 9)**   2016
   This award recognizes early career excellence in social issues scholarship and service.


**Fellow, Institute for Academic Feminist Psychologists**                                2016
   Competitively selected to participate in the Institute for Academic Feminist Psychologists


**Finalist, Outstanding Research Award (SPSP, APA Div. 8)**                               2008
   Award finalist for graduate student research from the Society for Personality and Social Psychology

### COMPETITIVE INTRAMURAL AWARDS

**College of Arts, Sciences, and Education Faculty Research Award at FIU**               2020
   This award recognizes outstanding faculty who have distinguished themselves in research


**College of Arts, Sciences, and Education Faculty Teaching Award at FIU**               2019
   This award recognizes outstanding faculty who have distinguished themselves in teaching


**College of Arts, Sciences, and Education Faculty Engagement Award at FIU**             2018
   This award recognizes outstanding faculty who have distinguished themselves in engagement


**College of Arts, Sciences, and Education Faculty Research Award at FIU**               2018
   This award recognizes outstanding faculty who have distinguished themselves in research


**Top Scholar at FIU, Notable Awards/Honors Category**                                   2017
   This award is given by FIU to outstanding faculty members across the university


**Lavender Award for Faculty of the Year at FIU**                                        2017
   This award is given out by the LGBTQA Initiative in FIU's Multicultural Programs and Services


**College of Arts, Sciences, and Education Faculty Teaching Award at FIU**               2016
   This award recognizes outstanding faculty who have distinguished themselves in teaching


**Faculty Award for Excellence in Advising & Mentorship at FIU ($5,000)**                2016
   Nominated by 12 undergraduates and 4 faculty members


**Technology Fee Proposal Award at FIU ($75,000)**                                       2009
   Awarded university license for Qualtrics Software for three years


**The Duncan Graduate Student Award for Excellence in Undergraduate Teaching**           2009
   A student-nominated award given annually by University of Chicago's Psychology Department


**Award for Excellence in Course Design**                                                2009
   Award for excellence in course design from University of Chicago's Center for Teaching


**Nominee, Richard Saller Prize for Best Dissertation**                                  2009
   The Department of Psychology's nominee for 2008-2009, University of Chicago


**Social Sciences Visiting Committee Fellowship ($18,000)**                          2008-2009
   This dissertation-year fellowship is awarded to only one student in the Social Sciences every year.

**John Dewey Prize Lectureship ($4,000)**                                    2007
    Competitive award for graduate students to develop and teach a new and unique course

**University of Chicago Psychology Graduate Student Travel Award ($500)**        2007, 2008

---

## RESEARCH

*Indicates graduate student author, **Indicates undergraduate student author, †Indicates post-doc

### Publications
[h-index = 23; ¡10-index = 34; Citations = 2045; 56 publications]

**Peer-Reviewed Journal Articles**

50. *Ruvalcaba, Y., *Rodriguez, A. L., **Eaton, A. A.**, Stephens, D., & Madhivanan, P. (accepted). The effectiveness of American college sexual assault interventions in highly masculine settings: A systematic review and meta-analysis. *Aggression and Violent Behavior*.

49. *Thomas, Z., *Banks, J., **Eaton, A. A.**, & Ward, M. (accepted). 25 years of psychology research on the 'Strong Black Woman.' *Social and Personality Psychology Compass*.

48. †Kuchynka, S., L., **Eaton, A. A.**, & Rivera, L. M. (2022). Understanding and addressing gender-based inequities in STEM: Research synthesis and recommendations for United States K-12 education. *Social Issues and Policy Review*. https://doi.org/10.1111/sipr.12087

47. **Eaton, A. A.**, *Ramjee, D., & Saunders, J. F. (2022). The relationship between sextortion during COVID-19 and pre-pandemic intimate partner violence: A large study of victimization among diverse U.S men and women. *Victims & Offenders*. https://doi.org/10.1080/15564886.2021.2022057

46. **Eaton, A. A.**, Grzanka, P. R., Schlehofer, M. M., & Silka, L. (2022). Public psychology: Introduction to the Special Issue. *American Psychologist*. http://dx.doi.org/10.1037/amp0000933

45. †Siegel, J., Calogero, R., **Eaton, A. A.**, & Roberts, T. (2021). Identifying gaps and building bridges between feminist psychology and open science. *Psychology of Women Quarterly*. https://doi.org/10.1177/03616843211044494

44. *Le Sante, D., **Eaton, A. A.**, & Viswesvaran, C. (2021). How contextual performance influences perceptions of personality and leadership potential. *Journal of Work and Organizational Psychology*. https://doi.org/10.5093/jwop2021a10

43. **Eaton, A. A.**, Stephens, D., *Ruvalcaba, Y., **Banks, J., & Lotus House. (2021). A culture of care: How Lotus House women's shelter heals program participants through genuineness, dignity, belonging, individualized attention, high expectations, and space. *Journal of Community Psychology*. https://doi.org/10.1002/jcop.22579

42. *Helpingstine, C., Stephens, D., Kenny, M., & **Eaton, A.** (2021). Adolescent girls with a history of Commercial Sexual Exploitation (CSE): Perceptions and characteristics of social networks. *Child Abuse & Neglect*. https://doi.org/10.1016/j.chiabu.2021.105015

41. **Eaton, A. A.**, & McGlynn, C. (2020). The psychology of nonconsensual porn: Understanding and addressing a growing form of sexual violence. *Policy Insights from the Behavioral and Brain Sciences*. https://doi.org/10.1177/2372732220941534

40. *Boyd, B., Stephens, D., **Eaton, A. A.**, & Bruk-Lee, V. (2020). Partner scarcity: Highly educated heterosexual Black women and dating compromise. *Sexuality Research and Social Policy*. https://doi.org/10.1007/s13178-020-00493-3

39. *Ruvalcaba, Y., Stephens, D. P., **Eaton, A. A.**, *Boyd, B. (2020). Hispanic women's perceptions of teenage sexting: Qualitative analyses using a sexual scripting framework. *Culture, Health and Sexuality*. https://doi.org/10.1080/13691058.2020.1767805

38. Stephens, D., & **Eaton, A. A**. (2020). Cultural factors in young adult Indian women's beliefs about disclosing domestic violence victimization. *Journal of Social Issues*. https://doi.org/10.1111/josi.12385

37. Hackney, K., Daniels, S., Paustian-Underdahl, S., Perrewe, P., Mandeville, A., & **Eaton, A. A.** (2020). Examining the effects of perceived pregnancy discrimination on mother and baby health. *Journal of Applied Psychology*. https://doi.org/10.1037/apl0000788

36. **Eaton, A. A.**, & Stephens, D. (2020). Reproductive justice: Moving the margins to the center in social issues research. *Journal of Social Issues*. https://doi.org/10.1111/josi.12384

35. †Saunders, J. F., **Eaton, A. A.**, & *Aguilar, S. (2020). From self(ie)-objectification to self-empowerment: The meaning of selfies on social media in eating disorder recovery. *Computers in Human Behavior*. https://doi.org/10.1016/j.chb.2020.106420

34. **Eaton, A. A.**, †Noori, S., Bonomi, A., Stephens, D., & Gillum, T. (2020). Nonconsensual porn as a form of intimate partner violence: Using the Power and Control Wheel to understand nonconsensual porn perpetration in intimate relationships. *Trauma, Violence, & Abuse*. https://doi.org/10.1177/1524838020906533

33. †Saunders, J., **Eaton, A. A.**, & Fitzsimmons-Craft, E. (2019). Body-, eating-, and exercise-related comparisons during eating disorder recovery and validation of the BEECOM-R. *Psychology of Women Quarterly*. https://doi.org/10.1177/0361684319851718

32. **Eaton, A. A.**, †Saunders, J., & *Jacobson, R., & West, K. (2019). How gender and race stereotypes impact the advancement of scholars in STEM: Professors' biased evaluations of physics and biology post-doctoral candidates. *Sex Roles*. https://doi.org/10.1007/s11199-019-01052-w

31. West, K., & **Eaton, A. A.** (2019). Prejudiced and unaware of it: Evidence for the Dunning-Kruger model in the domains of racism and sexism. *Personality and Individual Differences*. https://doi.org/10.1016/j.paid.2019.03.047

30. *Ruvalcaba, Y., & **Eaton, A. A.** (2019). Nonconsensual pornography among U.S. adults: A sexual scripts framework on victimization, perpetration, and health correlates for women and men. *Psychology of Violence*. https://doi.org/10.1037/vio0000233

29. Paustian-Underdahl, S., **Eaton, A. A.**, Mandeville, A., & Little, L. (2019). Pushed out or opting out? Integrating perspectives on gender differences in withdrawal attitudes during pregnancy. *Journal of Applied Psychology*. https://doi.org/10.1037/apl0000394

28. *Saunders, J., **Eaton, A. A.**, & Frazier, S. (2018). Disordered society: Women in eating disorder recovery advise policymakers on change. *Administration and Policy in Mental Health and Mental Health Services Research*. https://doi.org/10.1007/s10488-018-0903-9

27. *Saunders, J., & **Eaton, A. A**. (2018). Social comparisons in eating disorder recovery: Using PhotoVoice to capture the sociocultural influences on women's recovery. *International Journal of Eating Disorders*. https://doi.org/10.1002/eat.22978

26. *Kallschmidt, A., & **Eaton, A. A.** (2018). Is low social class a stigmatized identity at work? A qualitative study of social class concealment and disclosure among white men employees from lower social class backgrounds. *Journal of Vocational Behavior*. https://doi.org/10.1016/j.jvb.2018.08.010

25. *Saunders, J., & **Eaton, A. A**. (2018). Snaps, selfies, and shares: How three popular social media platforms contribute to the sociocultural model of disordered eating among young women. *Cyberpsychology, Behavior, and Social Networking*. https://doi.org/10.1089/cyber.2017.0713

24. Burns, V. L., **Eaton, A. A.**, Long, H., & Zapp, Z. (2018). Exploring the role of race and gender on perceived bystander ability and intent: Findings before and after exposure to an online

training program to prevent sexual assault on campus. *Violence Against Women.* https://doi.org/10.1177/1077801218807089

23. *Barrantes, R., & **Eaton, A. A.** (2018). Sexual orientation and leadership suitability: How being a gay man affects perceptions of fit in gender-stereotyped positions. *Sex Roles. 79*(9-10), 549-564. https://doi.org/10.1007/s11199-018-0894-8

22. *Jacobson, R., & **Eaton, A. A.** (2017). How organizational policies influence bystander likelihood of reporting moderate and severe sexual harassment at work. *Employee Responsibilities and Rights Journal.* https://doi.org/10.1007/s10672-017-9309-1

21. Bonomi, A., **Eaton, A. A.**, Nemeth, J., & Gillum, T. (2017). The abuse litmus test: A feminist tool to assess power and control in on-screen relationships. *Family Relations, 66,* 154-165. https://doi.org/10.1111/fare.12237

20. **Eaton, A. A.**, Visser, P. S., & Burns, V. (2017). How gender role salience influences attitude strength and persuasive message processing. *Psychology of Women Quarterly. 41*(2), 223-239. https://doi.org/10.1177/0361684317696257

19. **Eaton, A. A.**, & Rios, D. (2017). Social challenges faced by queer Latino college men: Navigating negative responses to coming out in a double-minority sample of emerging adults. *Cultural Diversity and Ethnic Minority Psychology.* https://doi.org/10.1037/cdp0000134

18. *Barrantes, R., **Eaton, A. A.**, *Veldhuis, C., & Hughes, T. (2017). The role of minority stressors in lesbian relationship commitment and persistence over time. *Psychology of Sexual Orientation and Gender Diversity, 4*(2), 205-217. https://doi.org/10.1037/sgd0000221

17. Stephens, D. P., **Eaton, A. A.**, & *Boyd, B. (2016). Hispanic college men's perceptions of appropriate sexual intercourse initiation strategies. *Sex Roles, 77*(3-4), 239-253. https://doi.org/10.1007/s11199-016-0709-8

16. Stephens, D. P., Thomas, T. L., & **Eaton, A.** (2016). Identifying health beliefs influencing Hispanic college men's willingness to vaccinate against HPV. *American Journal of Sexuality Education.* Advance online publication. https://doi.org/10.1080/15546128.2016.1198733

15. **Eaton, A. A.**, & Stephens, D. (2016). Using the theory of planned behavior to examine beliefs about verbal sexual coercion among urban Black adolescents. *Journal of Interpersonal Violence.* Advance online publication. https://doi.org/10.1177/0886260516659653

14. Rios, D., & **Eaton, A.** (2016). Perceived social support in the lives of gay, bisexual and queer Hispanic college men. *Culture, Health & Sexuality, 18*(10), 1093-1106. https://doi.org/10.1080/13691058.2016.1150516

13. Stephens, D., & **Eaton, A. A.** (2016). Social networks influencing Black girls' interpretations of Chris Brown's violence against Rihanna. *The Journal of Black Psychology, 43*(4), 381-408. https://doi.org/10.1177/0095798416648829

12. **Eaton, A. A.**, Rose, S., *Interligi, C., J., **Fernandez, K., & McHugh, M. (2015). Gender and ethnicity in dating, hanging out, and hooking up: Sexual scripts among Hispanic and White young adults. *Journal of Sex Research, 53*(7), 788-804. https://doi.org/10.1080/00224499.2015.106

11. Wright, D., **Eaton, A. A.**, & Skagerberg, E. (2015). Occupational segregation and psychological gender differences: How empathizing and systemizing help explain the distribution of men and women into (some) occupations. *Journal of Research in Personality, 54,* 30-39. https://doi.org/10.1016/j.jrp.2014.06.004

10. **Eaton, A. A.**, & *Matamala, A. (2014). The relationship between heteronormative beliefs and verbal sexual coercion in college students. *Archives of Sexual Behavior, 43*(7), 1443-1457. https://doi.org/10.1007/s10508-014-0284-4

9. Stephens, D. P., & **Eaton, A. A.** (2014). The influence of masculinity scripts on heterosexual Hispanic college men's perceptions of female-initiated sexual coercion. *Psychology of Men & Masculinity, 15*(4), 387-396. https://doi.org/10.1037/a0034639

8. **Eaton, A. A.**, & Rose, S. (2013). The application of biological, evolutionary, and sociocultural frameworks to issues of gender in introductory psychology textbooks. *Sex Roles, 69*, 536-542. https://doi.org/10.1007/s11199-013-0289-9

7. **\*Carol, R. N., \*Carlucci, M., Eaton, A. A.**, & Wright, D. B. (2013). The power of a co-witness: When more power leads to more conformity. *Applied Cognitive Psychology, 27*(3), 344-351. https://doi.org/10.1002/acp.2912

6. **Eaton, A. A.**, & Rose, S. (2012). Scripts for actual first date and hanging-out encounters among young heterosexual Hispanic adults. *Sex Roles, 67*, 285-299. https://doi.org/10.1007/s11199-012-0190-y

5. Eagly, A., **Eaton, A.**, Rose, S., Riger, S., & McHugh, M. (2012). Feminism and psychology: Analysis of a half-Century of research on women and gender. *American Psychologist, 67*(3), 211-230. https://doi.org/10.1037/a0027260

4. **Eaton, A. A.**, & Rose, S. (2011). Has dating become more egalitarian? A 35-year review using Sex Roles. *Sex Roles, 64*(11-12), 843-862. https://doi.org/10.1007/s11199-011-9957-9

3. **Eaton, A. A.**, Visser, P. S., Krosnick, J. A., & Anand, S. (2009). Social power and attitude strength over the life course. *Personality and Social Psychology Bulletin, 35*(12), 1646-1660. https://doi.org/10.1177/0146167209349114

2. **Eaton, A. A.**, & Visser, P. S. (2008). Attitude importance: Understanding the causes and consequences of passionately held views. *Social and Personality Psychology Compass, 2/4*, 1719-1736. https://doi.org/10.1111/j.1751-9004.2008.00125.x

1. **Eaton, A. A.**, Majka, E. A., & Visser, P. S. (2008). Emerging perspectives on the structure and function of attitude strength. *European Review of Social Psychology, 19*, 165-201. https://doi.org/10.1080/10463280802383791

## Chapters in Books

6. **Eaton, A. A.**, & Nevicka, B. (2022). Gender and the dark side of leadership. In D. Lusk & T. Hayes (Eds). *The good, the bad, and the human dark side at work.* Oxford.

5. **Eaton, A. A.**, & Warner, L. (2020). Social justice burnout: Engaging self-care while doing diversity work. Invited chapter in K. Case, W. Williams, & M. Kite (Eds). *Difficult moments in teaching social justice.*

4. **Eaton, A. A.**, & Stephens, D. (2018). Adolescent dating violence among ethnically diverse youth. In D. Wolfe & J. Temple (Eds.). *Adolescent dating violence: Theory, research, and prevention* (pp. 233-260). Academic Press. doi:10.1016/B978-0-12-811797-2.00010-4

3. Burns, V., & **A. A., Eaton.** (2016). #GirlsFightBack: How girls are using social network sites and online communities to combat sexism. In Y. Kiuchi & F. Villarruel (Eds.). *The young are making their world: Essays on the power of youth culture* (pp. 20-45). Jefferson, NC: McFarland Press.

2. **\*Fay, B., & Eaton, A. A.** (2014). Egalitarian dating over 35 years. In A. C. Michalos (Ed.). *Encyclopedia of Quality of Life and Well-Being Research* (pp. 1843-1847). Dordrecht, Netherlands: Springer.

1. Rose, S., & **Eaton, A. A.** (2013). Lesbian love, sex, and relationships. In D. Castaneda (Ed.) An Essential Handbook of Women's Sexuality (Volume 2, pp. 3-28), Santa Barbara, CA: Praeger.

### Research Presentations and Lectures

## Invited Presentations at National and International Scientific Meetings

11. **Eaton, A. A.** (2022, February). *The relationship between cyber sexual abuse during COVID-19 and intimate partner violence: A large, representative study of victimization among diverse U.S. men and women.* Invited talk given at the SPSP Gender Preconference in San Francisco, CA.

10. **Eaton, A. A**. (2021, November). *Gender and racial discrimination in Biology: Intersecting oppressions with multifaceted solutions.* Invited talk given at the American Institute of Biological Sciences' (AIBS) IDEA conference, Fully virtual.

9. **Eaton, A. A**. (2021, October). *Race and gender discrimination in STEM: Multifaceted solutions.* Invited keynote given at the American Society of Mass Spectrometry (ASMS), Philadelphia, PA.

8. **Eaton, A. A**. (2021, July). *Gender and racial discrimination in Physics: Intersecting oppressions with multifaceted solutions.* Invited keynote given at the International Symposium on Lattice Field Theory, Fully virtual.

7. **Eaton, A. A**. (2019, June). Walking with students through crisis: The first and most important task of mentorship. Invited talk given for the *2019 SPSSI Teaching Award Winners Symposium* at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

6. **Eaton, A. A**. (2018, April). Valuing the "feminine" at work. Invited keynote given at I/O Shaken & Stirred Event "*What's the big idea?*" sponsored by Google at the annual meeting of the Society for Industrial and Organizational Psychology, Chicago, IL.

5. **Eaton, A. A.**, & Stephens, D. (2017, March). Antecedents of verbal sexual coercion among urban, Black boys and girls: A qualitative study guided by the theory of planned behavior. In D. Stephens, (Chair), *Gender-based violence in among diverse adolescents.* Invited symposium conducted at the annual meeting of the Association for Women Psychologists, Milwaukee, WI.

4. **Eaton, A. A.**, *Barrantes, R., & *Quiroz, V. (2015, August). *Using transformational leadership uniquely supports Latinas' success at work.* Invited presentation given in symposium on Current Research on Intersecting Social Identities at the annual meeting of the American Psychological Association, Toronto, Ontario, Canada.

3. Curtin, N., & **Eaton, A. A**. (2015, May). *Gender beyond difference: An interactive discussion on the state of gender research in the psychological sciences.* Chairs in an invited symposium conducted at the national conference for the Association for Psychological Science, New York, NY.

2. **Eaton, A. A**. (2014, March). *Culture's influence on the development of unique meanings about IPV in marginalized populations.* Invited discussant in symposium held at the annual meeting of the Association for Women in Psychology, Columbus, OH.

1. Stephens, D. P., & **Eaton, A. A**. (2014, March). Urban black adolescents' attitudes towards intimate partner violence. In A. A. Eaton (Chair), *Culture's influence on the development of unique meanings about IPV in marginalized populations.* Invited symposium conducted at the annual meeting of the Association for Women Psychologists, Columbus, OH.

**Invited University Colloquia**

9. **Eaton, A. A**. (2022, September). *Fostering An Inclusive Climate.* Invited talk given at University of Utah's Friday Forums on Racism in Higher Education, Fully virtual.

8. **Eaton, A. A**. (2022, February). *Technology-facilitated sexual violence in the U.S.: Risk and protective factors for diverse adults.* Invited talk given at Psychology Colloquium Series at Western University (London, Canada), Fully virtual.

7. **Eaton, A. A**. (2020, February). *The nature and consequences of workplace discrimination at the intersection of race and gender.* Invited talk given at IUPUI Psychology Department Colloquium Series.

6. **Eaton, A. A**. (2019, September). *Workplace discrimination at the intersection of race and gender.* Invited talk given at the Interdisciplinary Committee on Organizational Studies (ICOS) speaker series at the University of Michigan, Ann Arbor, MI.

5. **Eaton, A. A**. (2019, March). *The "revenge porn" epidemic: Understanding the scope and nature of nonconsensual porn in the U.S.* Invited talk given in the University Forum Lecture Series at University of Nevada Las Vegas, Las Vegas, NV.

4.  *Saunders, J., & **Eaton, A. A.** (2017, March). Is comparison the thief of joy? Exploring the relationship between social media, social comparisons, and disordered eating behaviors. Invited colloquium presentation at Emmanuel College, Boston, MA.

3.  **Eaton, A. A.** (2015, March). *How heteronormative beliefs may encourage verbal sexual coercion in college students*. Invited colloquium presentation at Elmhurst College, Elmhurst, IL.

2.  **Eaton, A. A.** (2008, September). *Possessing power and resisting persuasion: How high-power role norms affect openness to attitude change*. Invited research presentation at Beloit College, Beloit, WI.

1.  **Eaton, A. A.** (2007, September). *Power and persuasion: Exploring the relationship between social power and resistance to attitude change*. Invited research presentation at Bates College, Lewiston, ME.

**Other Invited Presentations and Consultations**

24. **Eaton, A. A.** (2022, April). *Sextortion and online sexual violence*. Invited panelist at international forum on technology-facilitated sexual violence for Les 3 Sex (Virtual).

23. **Eaton, A. A.** (2022, April). *What is Public Psychology and why is it important?* Invited panelist at APA Essential Science Conversation Webinar (Virtual). https://www.youtube.com/watch?v=jfL0bcCYVrM

22. **Eaton, A. A.** (2021, October). *National Forum for the Prevention of Cyber Sexual Abuse*. Invited panelist at national forum on cyber abuse at Tufts University (Virtual).

21. **Eaton, A. A.** (2021, June). *Virtual NCII Summit*. Invited participant at Facebook's international virtual summit on nonconsensually-shared intimate images (Virtual).

20. **Eaton, A. A.** (2020, March). *Women's Safety Hackathon*. Invited participant at Facebook's New York City Headquarters, New York, NY. (Conference canceled)

19. **Eaton, A. A.** (2019, November). *Understanding the scope and nature of nonconsensual porn in the U.S.: An emerging form of digital sexual violence*. Invited presenter at conference held by Women's Human Rights Institute of Korea, the Ministry of Gender and Family in Korea, Seoul, Republic of Korea.

18. **Eaton, A. A.,** (2019, October). *Responding to the growing challenge of online harassment*. Invited panelist in interactive panel held at the International Association of Chiefs of Police (IACP) annual conference, Chicago, Il.

17. **Eaton, A. A.** (2019, September). *Concept Hack on building effective response systems*. Invited workshop participant at Facebook's Menlo Park Headquarters, Menlo Park, CA.

16. **Eaton, A. A.** (2019, July). *Emerging research workshop on identity-based harassment*. Invited participant in NSF ADVANCE Resource and Coordination (ARC) Network workshop, Naperville, IL.

15. **Eaton, A. A.** (2019, March). *From lock down to safe haven: Women who experienced homelessness describe their perceptions of and experiences with South Florida shelters*. Invited talk given at the Southern Japan Seminar on Refugee neighborhoods: Service hubs and homelessness in US and Japan, Florida International University, Miami, FL.

14. **Eaton, A. A.** (2018, November). *Raising an empathetic, socially aware child: Teaching the importance of consent and the value of diversity*. Invited talk given at St. Thomas Episcopal School's Parent University, Miami, FL.

13. **Eaton, A. A.** (2018, August). *Quantitative research on perpetrator motives and frameworks for understanding causes and consequences of NCII*. Invited presenter at Facebook's Menlo Park Headquarters, Menlo Park, CA.

12. **Eaton, A. A.** (2018, August). *Combatting the non-consensual sharing of intimate images*. Invited panelist at Facebook's Menlo Park Headquarters, Menlo Park, CA.

11. **Eaton, A. A.** (2018, May). *Nonconsensual porn on campus: The scope of the problem and what universities can do to address it*. Talk given at Point Park University, Pittsburgh, PA.

10. **Eaton, A. A.** (2017, October). *Adult and workplace cyber harassment & cyberstalking.* Invited presentation given at the Broward County Crime Commission's Psychology of Cybercrime Conference, Deerfield Beach, FL.
9. **Eaton, A. A.** (2017, April). *The psychology of non-consensual porn: An emerging form of sexual misconduct.* Invited presentation at the Social Media Misconduct Symposium 2017 for the Marine Corps' Sexual Assault Response and Prevention Program, at the Marine Corp Headquarters, Quantico, VA.
8. **Eaton, A. A.** (2017, March). *Equality in the workforce.* Miami TSA's 2017 Women in the Workplace Conference, Miami, Fl.
7. **Eaton, A. A.** (2016, October). *Assertive communication and negotiation for women: How to ask for (and get!) what you want.* Invited speaker at the 2016 Prime Global Women's Leadership Conference, Miami, FL.
6. **Eaton, A. A.** (2016, October). *Challenges for women leaders at work and strategies for navigating the leadership labyrinth.* Invited speaker at the 2016 Prime Global Women's Leadership Conference, Miami, FL.
5. **Eaton, A. A.** (2015, February). *Gender disparities and sexuality: The consummate whore.* Invited panelist in Conference on Stereotype Awareness at Johnson & Wales University, Miami, FL.
4. **Eaton, A. A.**, & Maidique, M. (2012, October). *The complete CEO: A holistic assessment of CEO performance.* Invited research presentation at Leadership Colloquium held by FIU's Center for Leadership, Miami, FL.
3. **Eaton, A. A.** (2012, September). *Why do women entrepreneurs have smaller businesses than men? The mediating roles of business priorities and personality.* Keynote speaker at the 2012 Kauffman Professors and Doctors Awards Program-Award Ceremony, Miami, FL.
2. **Eaton, A. A.** (2011, November). *Women to watch: Florida's entrepreneurial leaders.* Keynote speaker at the FIU College of Business Administration's Women to Watch: Florida's Entrepreneurial Leaders 2011 Event, Miami, FL.
1. **Eaton, A. A.** (2008, October). *Gender, power, and persuasion: the relationship between gender and openness to attitude change.* Invited research presentation to the University of Chicago Social Sciences Division Visiting Committee as the 2008-2009 Visiting Committee Fellow, Chicago, IL.

**Peer-Reviewed Presentations at National and International Scientific Conferences**
91. *Thomas, Z., & **Eaton, A. A.** (2022, June). *Differences in perceptions of the SBW schema based on SES.* Oral presentation given at the Society for the Psychological Study of Social Issues Conference in San Juan, Puerto Rico.
90. *Spiker, R., **Eaton, A. A.**, & Saunders, J. (2022, June). *Correlates of image-based sexual abuse victimization during COVID-19 in U.S. adults.* Poster presented at the Society for the Psychological Study of Social Issues Conference in San Juan, Puerto Rico.
89. Habarth, J., **Eaton, A. A.**, Tormala, T., Rios, D., & McConnell, L. (2022, June). *Who is counting whom? Toward inclusive, valid demographic measurement strategies.* Interactive discussion held at the Society for the Psychological Study of Social Issues Conference in San Juan, Puerto Rico.
88. *LeSante, D., **Eaton, A. A.,** & *Thomas, Z. (2022, April). *Employees talking fit: A qualitative analysis exploring ideological misfit at work.* Poster presented at the Society for Industrial and Organizational Psychology conference, Seattle, WA.
87. **Eaton, A. A.,** (2022, April). Panelist. In S. C. Liu (Chair), *Teaching the Teachers: Transforming the Undergraduate Research Experience.* Panel presentation given at the Society for Industrial and Organizational Psychology conference, Seattle, WA.
86. *Tran, H., **Eaton, A. A.**, & *Hatem, A. (2022, April). *The mediating effect of self-concept in the link between culture and spillover.* Poster presented at the Society for Industrial and Organizational Psychology conference, Seattle, WA.

85. **Eaton, A. A.**, *Ramjee, D., & Saunders, J. (2022, March). *The relationship between sextortion during COVID-19 and pre-pandemic intimate partner violence in the U.S.* Talk given at Academy of Criminal Justice Sciences Annual Meeting, Las Vegas, NV.

84. *Gomez, L., & **Eaton, A. A.** (2021, August). Watching and working: How personalization combats objectification from workplace surveillance. In A. Brenick, A. Miller, & R. Moadel-Attie, *Changing the system: Social research and action to reshape the world we live in.* Oral presentation at the Society for the Psychological Study of Social Issues Conference, Virtual.

83. *Kallschmidt, A. M., & **Eaton, A. A.**, (2021, August). "Nobody taught me this": How learning "professional" expectations is different based on your race, gender, and social class. Oral presentation in *Social class and gender in working lives across the globe: An intersectional perspective* (L. Reiss, Chair) presented at the Academy of Management's Annual Conference, virtual setting.

82. Saunders, J., *Aguilar, S., & **Eaton, A. A.** (2021, July). *From self(ie)-objectification to self-empowerment: The meaning of selfies on social media in eating disorder recovery.* Oral presentation at the Appearance Matters 9 Conference, Bath, UK.

81. *Jackson, S., & **Eaton A. A.** (2021, April). *Accent usage in telephone interviews: Using "standard" accent increases hireability.* Poster presented at the Society for Industrial and Organizational Psychology conference, New Orleans, LA.

80. *Kallschmidt, A. M., & **Eaton, A. A.** (2021, April). The visibility and nature of upper-class workplace norms: How class and race affect women's experiences with upper-class workplace norms. Oral presentation in *Intersectionality at work: Navigating multiple stigmatized identities* (D. Burrows, Chair) presented at the Society for Industrial and Organizational Psychology Conference, New Orleans, LA.

79. **Yavar, M., Fava, N., & **Eaton, A. A.** (2021, April). *Patterns in defining sexual health related to ACE history and gender.* Poster presented at the NCUR 2021 Virtual Conference.

78. *Morehead, M., & **Eaton, A. A.** (2021, March). *The prevalence of cyber sexual abuse in intimate relationships among college-aged individuals during COVID-19.* Talk given at the 2021 NASPA Virtual Conference.

77. *Kallschmidt, A., Vaghef, K., & **Eaton, A. A.** (2020, August). *Do social class background and work ethic beliefs influence the use of flexible work arrangements?* Poster presented at the American Psychological Association annual meeting, Washington, D.C. (Div. 14).

76. Saunders, J. F., & **Eaton, A. A.** (2020, August). Racial and ethnic centrality as a moderator of the relationships within the acceptance model of intuitive eating for Hispanic and Black women. Oral presentation in *Diverse women's experiences of body image* (J. Saunders, Chair) delivered at the American Psychological Association annual meeting, Washington, D.C. (Div. 35).

75. *Siegel, J. A. (Chair), Calogero, R. M., Roberts, T. A, **Eaton, A. A.**, & Watson, L. B. (2020, August). *Open science and feminist psychology: Identifying problems and finding solutions.* Interactive discussion at the American Psychological Association annual meeting, Washington, D.C. (Div. 35).

74. *Jackson, S. C., & **Eaton A. A.** (2020, June). *Dialect usage in telephone interviews: Using standard dialect increases hireability.* Oral presentation given at the annual conference of the Society for the Psychological Study of Social Issues, Denver, CO. (Conference canceled)

73. *Ruvalcaba, Y., **Eaton, A. A.**, Stephens, D. P., Banks, J. (2020, June). Safety strategies of women who experienced homelessness: Community-based participatory research. *Community-engaged research: Collaborations in health.* Symposium held at the annual meeting of the Society for the Psychological Study of Social Issues (APA Division 9), Denver, CO. (Conference canceled)

72. Paustian-Underdahl, S., Mandeville, A., **Eaton, A. A.**, & Jordan, S. (2019, October). *Pregnancy discrimination is a family affair: Examining crossover effects in couples.* Oral presentation given at the annual meeting of the Southern Management Association Conference, Norfolk, VA.

71. *Ruvalcaba, Y., **Eaton, A. A.** (2019, October). *Gender identity and verbal sexual coercion victimization and perpetration among Latinx emerging adults.* Poster presented at the National Latinx Psychological Association's Annual Conferencia, Miami, FL.

70. **Eaton, A. A.** (2019, August). Power, privilege, and pulling back the curtains in graduate classes. In Richmond, K (Chair). *Teaching Intersectionality.* Symposium held at the annual meeting of the American Psychological Association (STP, APA Div. 2), Chicago, Illinois.

69. **Eaton, A. A.**, Lewis, J., Ramsey, L., & Warner, L. (2019, June). *Navigating backlash towards feminist and anti-racist psychological science and pedagogy.* Interactive Discussion held at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

68. †Noori, S., **Eaton, A. A.**, Bonomi, A., Stephens, D., & Gillum, T. (2019, June). *Themes of intimate partner violence in cases of nonconsensual pornography.* Oral presentation given at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

67. *Sullivan, E., & **Eaton, A. A.** (2019, June). Identifying men allies to combat sexism in the workplace. In. A. Folberg (Chair), *Sexism and sexual assault research in the era of #MeToo.* Symposium held at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

66. *Martinez, C., & **Eaton, A. A.** (2019, June). *Do millennials give the professional development they wish to receive?* Poster presented at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

65. *Kallschmidt, A., **Eaton, A. A.**, & Williams, W. (2019, June). *Identities and ideologies of White low-income men after economic mobility.* Oral presentation given at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

64. *Kallschmidt, A., & **Eaton, A. A.** (2019, June). Are lower social class origins stigmatized at work?. In N. T. Buchanan & I. H. Settles (Chairs), *Power, (in)visibility, and hypervisibility in the context of work.* Symposium presented at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

63. *Le Sante, D. R., **Eaton, A. A.**, & Viswesvaran, C. (2019, April). *Interpersonal facilitation predicts employees' leader emergence through perceptions.* Poster presented at the Society for Industrial and Organizational Psychology, Washington, D.C.

62. Stephens, D., & **Eaton, A. A.** (2019, January). *The "ME" in mentoring: Identifying steps for developing mutually rewarding mentoring relationships.* Roundtable conducted at the National Multicultural Conference and Summit (APA Div. 17), Denver, CO.

61. †Saunders, J. F., *Bravo, E. I., **Eaton, A. A.**, & Stephens, D. P. (2019, January). *The role of la familia during eating disorder recovery.* Poster presented at the National Multicultural Conference and Summit (APA Div. 17), Denver, CO.

60. Hackney, K., Daniels, S., Paustian-Underdahl, S., Perrewe, P., **Eaton, A.,** & Mandeville, A. (2018, October). *Examining the effects of perceived pregnancy discrimination on mother and baby health.* Oral presentation given at the annual meeting of the Southern Management Association Conference, Lexington, KY.

59. *Ruvalcaba, Y., & **Eaton, A. A.** (2018, August). *Nonconsensual porn: Perpetration, victimization, and health correlates of victimization.* Poster presented at the annual meeting of the American Psychological Association (SPW, APA Div. 35), San Francisco, CA.

58. *Rodriguez, A. L., *Ruvalcaba, Y., **Eaton, A. A.**, Stephens, D., & Madhivanan, P. (2018, July). Fraternities, college athletes and sexual assault interventions: A systematic review. Poster presented at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

57. **Eaton, A. A.,** Jacobs, H., & *Ruvalcaba, Y. (2018, July). Amending Florida law, bringing justice for victims of nonconsensual porn. In R. Wiener & S. Mancoll (Chairs*), Influencing policy at the local and state levels using research.* Symposium held at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

56. **Eaton, A. A.**, Fraga Rizo, C., Holliday, C., & McCauley, H. (2018, July). *Reproductive justice as an interdisciplinary approach to intimate partner violence.* Interactive Discussion held at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

55. **Eaton, A. A.**, Illig, D., Grzanka, P. R., Schlehofer, M., & O'Connor, R. (2018, July). *Taking it to the streets: A primer on policy work.* Interactive Discussion held at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

54. *Kallschmidt, A., & **Eaton, A. A.**, & Williams, W. (2018, July). *An outsider-within: Identities of low-income background white men at work.* Poster presented at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

53. *Ruvalcaba, Y., **Eaton, A. A.,** & Jacobs, H. (2018, July). *Help-seeking and victim blame experiences among victims of nonconsensual porn.* Oral presentation given at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

52. *Sullivan, E., Viswesvaran, C., & **Eaton, A. A.** (2018, April). *Is the legal system in sync with I/O assessment practices?* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, Chicago, IL.

51. *Kallschmidt, A., & **Eaton, A. A.** (2018, April). *Is low social class a stigmatized identity at work?* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, Chicago, IL.

50. *Saunders, J., & **Eaton, A. A.** (2018, April). *Social comparison in eating disorder recovery: Using PhotoVoice to capture the sociocultural influences on women's recovery.* Poster presented at the International Conference on Eating Disorders, in Chicago, IL.

49. **Gonzalez, R., **Eaton, A. A.,** Paustian-Underdahl., S., & Mandeville, A. (2017, October). *Expecting? The importance of family-friendly organizational policies for expectant mothers' and fathers' job satisfaction and commitment.* Poster presented at the SACNAS National Diversity in STEM Conference, Salt Lake City, Utah.

48. **Eaton, A. A.**, Bonomi, A., Stephens, D., & Gillum, T. (2017, September). *Violence gone viral: How men are using communication technology to perpetrate violence against women.* Innovative/promising practice program report given at the National Conference on Health and Domestic Violence, San Francisco, CA.

47. Paustian-Underdahl, S. C., Mandeville, A., & **Eaton, A. A.** (2017, August). *Pregnancy discrimination is a family affair: Changes in women's career attitudes due to discrimination depend on spousal support.* Presenter in symposium at the annual Academy of Management conference, Atlanta, GA.

46. *Saunders, J. F., & **Eaton, A. A.** (2017, August). *How does social media usage relate to the sociocultural model of disordered eating?* Poster presented at the annual meeting of the American Psychological Association, Washington, D.C.

45. **Eaton, A. A.** (2017, June). Roundtable mentor. In Neal, T., & Howard, S. (Chairs). *Early career scholars professional development roundtable session.* Roundtable held at the annual conference for the Society for the Psychological Study of Social Issues, Albuquerque, NM.

44. *Manapragada, A., **Eaton, A. A.,** Reizer, A., & Koslowsky, M. (2017, June). *Understanding technology-based supplemental work: An examination of workplace, job, and individual-level predictors.* Poster presented at the American Psychological Association's Work, Stress, and Health Conference, Minneapolis, MN.

43. Paustian-Underdahl, S. C., *Mandeville, A., & **Eaton, A. A.** (2017, May). *We're having a baby! Fist Bump or Career Slump? A longitudinal study of the workplace experiences of men and women expecting a baby.* Oral presentation at the 2017 European Association of Work and Organizational Psychology conference, Dublin, Ireland.

42. *Jacobson, R., & **Eaton, A. A.** (2017, April). *How organizational policies influence bystander likelihood of reporting sexual harassment.* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, in Orlando, FL.

41. **Eaton, A. A.** (2017, March). *Navigating sexual danger and health in Black communities across the lifespan.* Discussant and facilitator in symposium held at the annual meeting of the Association for Women in Psychology, Milwaukee, WI.

40. **Eaton, A. A.** (2016, September). Research Panelist. In D. P. Stephens (Chair), *Talking, texting & telling truths: Black adolescents' intimate relationship communications.* Panel presentation held at the annual conference for the Association of Black Sexologists and Clinicians, Ft. Lauderdale, FL.

39. **Eaton, A. A.**, & Rios, D. (2016, May). Perceived challenges and social supports in the lives of gay, bisexual, and queer Hispanic college men. In E. de St. Aubin (Chair), *Sexuality during emerging adulthood: Methods, models, and meaning.* Symposium conducted at the annual meeting of the Association for Psychological Science, Chicago, IL.

38. *Jacobson, R., **Eaton, A. A.**, & *Zimmerman, A. (2016, April). *How organizational policies influence the likelihood of reporting sexual harassment.* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, in Anaheim, CA.

37. *Barrantes, R., & **Eaton, A. A.** (2016, April). *Sexual orientation and leadership: Are gay men at an advantage?* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, in Anaheim, CA.

36. Paustian-Underdahl, S. C., *Mandeville, A., **Eaton, A. A.**, *Jacobson, R., & *Quiroz, A. (2016, April). *Investigating pregnancy disclosures at work via discontinuous change modeling.* Oral presentation at the annual convention of the Society for Industrial and Organizational Psychology, Anaheim, CA.

35. **Mendez, N., **Eaton, A. A.**, Paustian-Underdahl, S., & *Mandeville, A. (2016, March). *Coworker support buffers burnout in pregnant working women over time.* Poster presented at the annual meeting of the Association for Women in Psychology, Pittsburgh, PA.

34. **Eaton, A. A.** (2016, March). The institute for academic feminist psychologists: Helping early and mid-career feminist psychologists thrive. In S. Rose (Chair), *Creating Feminist Space in the Professions and the Academy.* Symposium conducted at the annual meeting of the Association for Women in Psychology, Pittsburgh, PA.

33. **Eaton, A. A.**, Rose, S., *Interligi, C., **Fernandez, K., & McHugh, M. (2016, March). Gender and ethnicity in dating, hanging out, and hooking up: Sexual scripts among Hispanic and White young adults. In M. McHugh (Chair), *Flipping the script: Dates, hookups and subjectivity.* Symposium conducted at the annual meeting of the Association for Women in Psychology, Pittsburgh, PA.

32. Stephens, D., & **Eaton, A. A.** (2015, October). Hispanic college men's perceptions of female initiated sexual coercion. In A. A. Eaton (Chair), *Hispanic College Students and Intimate Partner Violence.* Symposium conducted at the national conference for the Society for the Study of Emerging Adulthood, Miami, FL.

31. **Eaton, A. A.** (2015, October). *Hispanic college students and intimate partner violence.* Discussant on symposium held at the national conference for the Society for the Study of Emerging Adulthood, Miami, FL.

30. **Eaton, A. A.**, Stephens, D, & **Medina, A (2015, October). Objectification and stereotypes among African American women in reality television. In T. Gillum (Chair), *Emerging adults' experience with sexual media: What are they viewing, how do they see it, and what are the effects?* Symposium conducted at the national conference for the Society for the Study of Emerging Adulthood, Miami, FL.

29. Rose, S., Darici, Y., **Eaton, A. A.**, & Hickey-Vargas, R. (2015, June). *FIU ADVANCE Strategies for Elevating Concerns of Women Faculty.* Poster presented at the 2015 NSF ADVANCE/GSE Program Workshop, Baltimore, MD.

28. *Quiroz, V., *Barrantes, R., **Eaton, A. A.**, & Elam, J. J. (2015, April). *How being transformational impacts men's and women's success at work.* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, in Philadelphia, PA.

15

27. *Barrantes, R., & **Eaton, A. A.** (2015, April). *Potential mediating mechanisms for why being gay influences leadership fit.* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, in Philadelphia, PA.

26. **Eaton, A. A.**, & *Matamala, A. (2015, March). The relationship between heteronormative beliefs and verbal sexual coercion in college students. In A. Bonomi (Chair), *The intersection between popular culture and female identity, violence victimization, and related health risks.* Symposium conducted at the National Conference on Health and Domestic Violence, Washington, DC.

25. *Fay, B., **Eaton, A. A.,** & Fisher, R. (2015, February). *Do internal attributions about eyewitness inconsistencies cause jurors to disregard their entire testimony?* Poster presented at the annual convention of the Society for Personality and Social Psychology, Long Beach, CA.

24. **Eaton, A. A.**, Nichols-Lopez, K., & Pace, V. (2014, August). *Why do women entrepreneurs have smaller businesses than men? The mediating roles of business priorities and personality.* Oral presentation at the annual meeting of the Academy of Management, Philadelphia, PA.

23. *Barrantes, R., & **Eaton, A. A.** (2014, August). *Sexual orientation and leadership suitability: How being gay affects perceptions of fit.* Oral presentation at the annual meeting of the Academy of Management, Philadelphia, PA.

22. Rose, S., Darici, Y., **Eaton, A. A.,** & Hickey-Vargas, R. (2014, March). *Progress and challenges with advancing women in STEM at Florida International University.* Poster presented at the annual NSF ADVANCE Workshop, Alexandria, VA.

21. *Fay, B., **Eaton, A. A.,** Nichols-Lopez, K., & Hughes, T. (2014, February). *Outness, relationship satisfaction, and relationship outcomes among lesbian women.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Austin, TX.

20. **Eaton, A. A.,** Wright, D. B., & Skagerberg, E. M. (2013, August). *Empathizing and systemizing help explain the distribution of men and women into (some) occupations.* Oral presentation at the annual Academy of Management conference, Lake Buena Vista, FL.

19. **Eaton, A. A.**, **Fernandez, K., & Rose, S. (2013, March). *Sexual coercion of young Hispanic women on dates and hangouts.* Oral presentation at the annual meeting of the Association for Women in Psychology, Salt Lake City, UT.

18. Rose, S., Darici, Y., Hickey-Vargas, R., & **Eaton, A. A.** (2013, March). *Early Success of ADVANCE Hiring Strategies at Florida International University.* Poster presented at the annual NSF ADVANCE Workshop, Alexandria, VA.

17. Stephens, D., & **Eaton, A. A.** (2012, October). *Exploring the influence of mainstream Hip Hop cultural messaging on Black adolescent IPV beliefs.* Structured dialogue for the 12th Annual Diversity Challenge: What to do about race, culture, and violence, Boston, MA.

16. **Eaton, A. A.**, & Stephens, D. (2012, August). *How heteronormative beliefs relate to acceptance of and experience with verbal sexual coercion among Hispanic college students.* Oral presentation at the annual meeting of the American Psychological Association, Orlando, FL.

15. **Eaton, A. A.** (2012, August). *The significance of entrepreneur gender in business size and growth.* Poster presented at the annual meeting of the American Psychological Association, Orlando, FL.

14. *Rosen, K. R., Rios, K., & **Eaton, A. A.** (2012, July). *Identity and political attitudes of Cuban immigrants.* Poster presented at the International Society for Political Psychology, Chicago, IL.

13. **Eaton, A. A.**, & Patton, M. (2012, May). *The significance of entrepreneur gender in business size and growth.* Poster presented at the annual meeting of the Association for Psychological Science, Chicago, IL.

12. **Eaton, A. A.**, & Rose, S. (2012, March). *Evolution versus socialization: How do Introductory Psychology textbooks characterize gender differences and similarities?* Oral presentation at the annual meeting of the Association for Women in Psychology, Palm Spring, CA.

11. **Eaton, A. A.**, & Rose, S. (2011, March). *Dating scripts among young heterosexuals today: Is dating becoming more egalitarian?* Oral presentation at the annual meeting of the Association for Women in Psychology, Philadelphia, PA.

10. **Eaton, A. A.** (2011, March). *Has feminism changed the dissemination of psychological science? An analysis of introductory psychology textbooks.* Oral presentation at the annual meeting of the Association for Women Psychologists, Philadelphia, PA.

9. *Carol, R. N., *Carlucci, M., **Eaton, A. A.,** & Wright, D. B. (2011, March). *The "power" of a co-witness.* Poster presented at the AP-LS International Conference, Miami, FL.

8. **Eaton, A. A.** (2010, February). *An early career perspective on the application and interview process for women.* Oral presentation at the annual meeting of the Association for Women in Psychology, Portland, OR.

7. Rasinski, K., **Eaton, A. A.,** Yan, T., & Tourangeau, R. (2008, September). *Understanding unconscious aspects of respondent survey behavior to improve reporting.* Oral presentation at the Seventh International Conference on Social Science Methodology, Naples, Italy.

6. **Eaton, A. A.,** & Visser, P. S. (2008, May). *Prescriptions for persuasion: How sex role salience affects women's attitude strength.* Poster presented at the annual convention of the Association for Psychological Science, Chicago, IL.

5. **Eaton, A. A.,** & **Peterson, C. M. (2008, February). *Gender, power, and persuasion: Attitude strength expectations for high and low-power men and women at work.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Albuquerque, NM.

4. Majka, E. A., **Eaton, A. A.,** & Visser, P. S. (2008, February). *The impact of social rejection on openness to attitude change: The moderating role of self-esteem.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Albuquerque, NM.

3. **Eaton, A. A.,** & Visser, P. S. (2007, January). *The differential impact of social power on resistance to weak and strong persuasive messages.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Memphis, TN.

2. Rasinski, K., Bauman, C., & **Eaton, A. A.** (2007, January). *Effects of semantic priming on judgments about drinking behavior: A test of Weiner's model.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Memphis, TN.

1. **Eaton, A. A.,** & Visser, P. S. (2006, January). *The effect of priming social power on susceptibility to attitude change.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Palm Springs, CA.

**Peer-Reviewed Presentations at Regional Scientific Conferences**

9. **Yavar, M., Fava, N., & **Eaton, A. A.** (2021, March). Patterns in defining sexual health related to ACE history and gender. Poster presented at the annual conference of the Southeastern Psychological Association, Orlando, FL.

8. **Jurich, E. & **Eaton, A. A.** (2020, April). *The gender bias women encounter while seeking services at a university counseling clinic.* Poster presented at the annual conference of the Southeastern Psychological Association, New Orleans, LA.

7. **Junco, B., **Eaton, A. A.,** & Fisher, R. (2012, February). *The effect of attributions about eyewitness' inconsistencies on conviction rates.* Poster presented at the annual conference of the Southeastern Psychological Association, New Orleans, LA.

6. **Eaton, A. A.,** Patton, M., & Heald, S. (2011, May). *Teaching off the track: A roundtable discussion on the perils and pay-offs of graduate student teaching and adjunct teaching.* Structured discussion for the Society for the Teaching of Psychology at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

5. **Eaton, A. A.,** & Visser, P. S. (2010, April). *Possessing social power causes lifespan changes in attitude strength.* Oral Presentation at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

4. **Eaton, A. A.,** & Visser, P. S. (2009, May). *How social power relates to gender stereotypes about persuadability.* Oral presentation at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

3. **Eaton, A. A.**, & Visser, P. S. (2008, May). *How high-power role norms affect resistance to persuasion: A biased-processing account*. Oral presentation at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

2. **Eaton, A. A.**, & Visser, P. S. (2007, May). *Social power and attitude change over the life course*. Oral presentation at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

1. **Eaton, A. A.**, & Visser, P. S. (2006, May). *The effects of social power on susceptibility to attitude change*. Oral Presentation at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

## Presentations at Student Conferences

35. **\*\*Rojas, E., & Eaton, A. A**. (2020, November). Group identity affecting creative performance through intrinsic motivation in the workplace. Oral presentation at the Florida International University McNair Scholars Research Conference. Miami, FL.

34. **\*\*Jurich, E. & Eaton, A. A.** (2019, October). *The gender bias women encounter while seeking services at a university counseling clinic*. Oral presentation and poster presented at the Florida International University McNair Scholars Research Conference. Miami, FL.

33. **\*\*Banks, J., Eaton, A. A.**, & Stephens, D. S. (2018, October). *"I heard they do fun stuff here": Adolescent girls' perceptions of after school programs in a resource limited neighborhood*. Poster presented at University of New Mexico McNair Research Conference, Albuquerque, New Mexico.

32. **\*\*Banks, J., Eaton, A. A.**, & Stephens, D. S. (2018, September). *"I heard they do fun stuff here": Adolescent girls' perceptions of after school programs in a resource limited neighborhood*. Poster presented at UMBC McNair Scientific Research Symposium, UMBC, Baltimore, MD.

31. **\*Kallschmidt, A. M., & Eaton, A. A.** (2018, March). *Is low social class a stigmatized identity at work?* Oral presentation given at the Graduate and Professional Student Committee Annual Scholarly Forum, Florida International University, Miami, FL.

30. **\*Saunders, J. F., & Eaton, A. A.** (2018, March). *Social comparison in eating disorder recovery: Using PhotoVoice to capture the sociocultural influences on women's recovery*. Oral presentation given at the Graduate and Professional Student Committee Annual Scholarly Forum, Florida International University, Miami, FL.

29. **\*Ruvalcaba, Y., & Eaton, A. A.** (2018, March). *Nonconsensual porn (aka "revenge porn") among U.S. adults: An examination of perpetration, victimization, and health correlates of victimization*. Oral presentation given at the Graduate and Professional Student Committee Annual Scholarly Forum, Florida International University, Miami, FL.

28. **\*\*Carmichael, D., & Eaton, A. A.** (2017, March). *Stereotyping terror: Outgroup exclusion and islamophobia*. Poster presented at the 3rd annual Conference for Undergraduate Research at FIU, Miami, FL.

27. **\*Saunders, J. F., & Eaton, A. A.** (2017, March). *The role of social media usage in the sociocultural model of disordered eating*. Oral presentation given at the Graduate and Professional Student Committee Annual Scholarly Forum, Florida International University, Miami, FL.

26. **\*\*Ruvalcaba, Y., & Eaton, A. A.**, & Stephens, D. (2016, March). *Double standards in Black adolescents' beliefs about heterosexual sexual coercion*. Poster presented at the 2nd annual Conference for Undergraduate Research at FIU, Miami, FL.

25. **\*\*Priore, B., Eaton, A. A.**, & Rios, D. (2016, March). *Challenges in the lives of gay, bisexual, and queer Hispanic college men*. Poster presented at the 2nd annual Conference for Undergraduate Research at FIU, Miami, FL.

24. **\*\*Rolle, C., Eaton, A. A.**, & Paustian-Underdahl, S. (2016, March). *Pregnancy disclosure at work for Black men and women*. Poster presented at the 2nd annual Conference for Undergraduate Research at FIU, Miami, FL.

23. **Eaton, A. A.** (2015, November). *Coming out and speaking out in the work place: Women's experiences with sexual harassment, pregnancy disclosure, and sexual orientation prejudice at work*. Discussant and

Chair on symposium held at the 16th annual Women, Sexuality, and Gender Student Association Conference, Miami, FL.

22. **Priore, B., **Eaton, A. A.**, & Rios, D. (2015, November). Challenges in the lives of gay, bisexual, and queer Hispanic college men. In V. Burns (Chair), *Taking intersectionality seriously in psychology: Insights generated from attention to the intersection of race, gender, and sexual orientation*. Symposium conducted at the 16th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

21. **Mendez, N., **Eaton, A. A.**, Paustian-Underdahl, S. C., & *Mandeville, A. M. (2015, November). Coworker support buffers burnout in pregnant working women over time. In A. A. Eaton (Chair), *Coming out and speaking out in the work place*. Symposium conducted at the 16th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

20. **Rolle, C., **Eaton, A. A.**, Paustian-Underdahl, S. C., & *Mandeville, A. M. (2015, November). Pregnancy disclosure at work: A comparison of men's and women's experiences. In A. A. Eaton (Chair), *Coming out and speaking out in the work place*. Symposium conducted at the 16th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

19. *Jacobson, R., **Eaton, A. A.**, & *Zimmerman, A. (2015, November). The effect of organizational policies on the likelihood of reporting co-worker perpetrated sexual harassment. In A. A. Eaton (Chair), *Coming out and speaking out in the work place*. Symposium conducted at the 16th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

18. *Barrantes, R., & **Eaton, A. A.** (2015, November). Female sexuality and leadership: How descriptive stereotypes of lesbians influence leadership suitability. In A. A. Eaton (Chair), *Coming out and speaking out in the work place*. Symposium conducted at the 16th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

17. **Eaton, A. A.** (2014, November). The ups and downs of being a minority at work. *Discussant on symposium held at the 15th annual Women, Sexuality, and Gender Student Association Conference, Miami, FL.*

16. *Barrantes, R., & **Eaton, A. A.** (2014, November). Sexual orientation and leadership: How being gay affects perceptions of fit for management positions. In A. A. Eaton (Chair), *The ups and downs of being a minority at work*. Symposium conducted at the 15th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

15. *Fay, B., *Barrantes, R., **Eaton, A. A.**, & Hughes, T. (2014, November). The role of minority stress in the psychological and social functioning of lesbians. In *Health and well-being in LGBT communities*. Symposium conducted at the 15th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

14. *Jacobson, R., & **Eaton, A. A.** (2014, November). The effect of stereotypes on the success of women and minorities in STEM. In A. A. Eaton (Chair), *The ups and downs of being a minority at work*. Symposium conducted at the 15th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

13. *Quiroz, V., & **Eaton, A. A.** (2014, November). The Latina leadership advantage: How Hispanic women can leverage their identities to succeed in the workplace. In A. A. Eaton (Chair), *The ups and downs of being a minority at work*. Symposium conducted at the 15th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

12. **Medina, A., & **Eaton, A. A.** (2014, November). Self-objectification and stereotypes of African American women in reality television. In *Objects and pioneers: Cross-cultural depictions of women in the media*. Symposium conducted at the 15th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

11. **Quiroz, V., & **Eaton, A. A.** (2014, May). *How gender differences in leadership style impact career success: A longitudinal examination of men and women MBA students*. Oral presentation at the 1st annual Southeast Cross-University Mentoring Conference, Miami, FL.

10. *Barrantes, R., & **Eaton, A. A.** (2014, May). *Development of a scale to measure heteronormativity within organizations.* Oral presentation at the 1st annual Southeast Cross-University Mentoring Conference, Miami, FL.

9. **Eaton, A. A.** (2014, May). *Automated measurement.* Moderator on symposium held at the 1st annual Southeast Cross-University Mentoring Conference, Miami, FL.

8. **Eaton, A. A.** (2014, March). *Being LGB at work: Perceptions, treatment, and experiences of gay, lesbian, and bisexual individuals in the workplace.* Discussant on symposium held at the 14th annual Women, Sexuality, and Gender Student Association Conference, Miami, FL.

7. *Barrantes, R., & **Eaton, A. A.** (2014, March). Sexual orientation and leadership: How being gay affects perceptions of fit for management positions. In A. A. Eaton (Chair), *Being LGB at work: Perceptions, treatment, and experiences of gay, lesbian, and bisexual individuals in the workplace.* Symposium conducted at the 14th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

6. **Eaton, A. A.** (2013, March). *Intimate relationship behaviors among minority populations: The role of culture and identity in relationship initiation, commitment, and distress.* Discussant on symposium held at the 13thAnnual Women, Sexuality, and Gender Student Association Conference, Miami, FL.

5. *Fay, B., & **Eaton, A. A.,** & Hughes, T. L. (2013, March). Commitment in lesbian relationships: Taking contextual influence into account. In A. A. Eaton (Chair), *Intimate relationship behaviors among minority populations: The role of culture and identity in relationship initiation, commitment, and distress.* Symposium conducted at the 13th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

4. **Fernandez, K., & **Eaton, A. A.** (2013, March). Scripts in initial encounters among young Hispanic adults. In A. A. Eaton (Chair), *Intimate relationship behaviors among minority populations: The role of culture and identity in relationship initiation, commitment, and distress.* Symposium conducted at the 13th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

3. **Eaton, A. A.** (2011, November). *Politics of the public and private.* Discussant on symposium held at the 11th Annual Women, Sexuality, and Gender Student Association Conference, Miami, FL.

2. **Eaton, A. A.,** & Visser, P. S. (2006, April). *The effects of social power on susceptibility to attitude change.* Oral presentation at PsychFest, Chicago, IL.

1. **Eaton, A. A.,** & Visser, P. S. (2005, April). *Social power and attitude change across the life course.* Oral presentation at PsychFest, Chicago, IL.

## TEACHING EXPERIENCE

### Graduate Courses

Developmental Research Methods
The Social Psychology of Organizations
Proseminar in Social Psychology
Women and Leadership

### Undergraduate Courses

Women and Leadership
Female Sexuality
Social and Personality Development
Psychological Research Methods
The Social Psychology of Gender and Power

### Teaching Consultant

**Graduate Student and Post-Doc Supervision**

Post-Doctoral Associates Supervised ($N = 5$)
Ph.D. Students Graduated ($N = 8$)
Dissertation Chair ($N = 9$)
Dissertation Committee Member ($N = 43$)
Master's Thesis Chair ($N = 11$)
B.A. Thesis Chair ($N = 18$)

## SERVICE

**Reviewing Experience**

Editorial Appointments

| | |
|---|---|
| Editorial Board Member for Personality and Social Psychology Review (PSPR) | 2022-present |
| Consulting Editor for Journal of Business and Psychology (JOBU) | 2021-present |
| Consulting Editor for Social Issues and Policy Review (SIPR) | 2021-present |
| Associate Editor for Psychology of Women Quarterly (PWQ) | 2017-2022 |
| Lead Guest Editor for American Psychologist (AP) on public psychology | 2020-2021 |
| Special Issue Editor for Psychology of Women Quarterly (PWQ) on open science | 2020-2021 |
| Special Issue Editor for Journal of Social Issues (JSI), issue on reproductive justice | 2018-2020 |
| Consulting Editor for Sex Roles: A Journal of Research | 2018 |
| Consulting Editor for Psychology of Women Quarterly (PWQ) | 2014-2015, 2017 |

Ad Hoc Journal Reviewer for

Science, International Review of Victimology (IRV), American Psychologist (AMP), Victims & Offenders (UVAO), Birth, Journal of Family Violence (JOFV), Women and Therapy, Psychology of Sexuality (RPSE), Trauma, Violence, and Abuse (TVA), American Journal of Sexuality Education (AJSE), Violence Against Women (VAW), International Journal of Qualitative Studies in Education (QSE), Social Influence (SIF), Applied Cognitive Psychology (ACP), Psychology of Violence (VIO), Personality and Social Psychology Bulletin (PSPB), Journal of Interpersonal Violence (JIV), Culture, Health, and Sexuality (CHS), European Journal of Social Psychology (EJSP), Archives of Sexual Behavior (AESB), PLOS ONE, Social Psychology Quarterly (SPQ), Group Processes and Intergroup Relations (GPIR), The American Journal of Political Science (AJPS), Political Research Quarterly (PRQ), Journal of Experimental Social Psychology (JESP), Sex Roles: A Journal of Research, Psychology of Women Quarterly (PWQ)

Tenure and Promotion File review

| | |
|---|---|
| Indiana University–Purdue University Indianapolis | 2022 |
| Palo Alto University | 2020 |
| University of Tennessee at Chattanooga | 2020 |
| Ramapo College of New Jersey | 2019 |

Book proposal review

| | |
|---|---|
| Cambridge University Press | 2016 |

Grant Reviewer for

| | |
|---|---|
| National Science Foundation, Law and Science (LS) Program | 2020 |
| Time-Sharing Experiments for the Social Sciences (TESS) | 2011 |

Conference Submission Reviewer for

| | |
|---|---|
| Society for the Psychological Study of Social Issues (SPSSI) Conference | Spring 2020-2022 |
| Society for Industrial and Organizational Psychology (SIOP) Conference | Fall 2013-2017 |
| Association for Women in Psychology (AWP) Conference | Fall 2009-2016 |
| Division 35 APA Program: Society for the Psychology of Women (SPW) | 2012, 2013, 2014, 2017 |
| Academy of Management (AOM) Conference | Spring 2014 |
| Division 2 APA Program: Society for the Teaching of Psychology (STP) | Winter 2008 |
| Association for Psychological Science Student Caucus (APSSC) | Winter 2006, 2008, 2009 |

## National Service in Psychology

Service to APA-at-large

| | |
|---|---|
| Member, Working Group to Explore/Create Journal Reporting Guidelines for Equity, Diversity, Inclusion, and Justice in Psychological Science | 2021-present |

Service to APA Div. 9 (SPSSI)

| | |
|---|---|
| Council Member, SPSSI, APA Div. 9 | 2018-2021 |
| Chair/Co-Chair, SPSSI Communications committee, SPSSI, APA Div. 9 | 2018-2021 |
| Co-Chair, 2018 SPSSI Conference Program Committee, SPSSI, APA Div. 9 | 2017-2018 |
| Member, Applied Social Issues Internship Committee, SPSSI, APA Div. 9 | 2016-2018 |

Service to APA Div. 35 (SPW)

| | |
|---|---|
| Member, Leadership Through Relationship Taskforce, SPW APA Div. 35 | 2020-present |
| Member, Committee on Academic Feminist Psychology, SPW APA Div. 35 | 14-16, 2018-2020 |
| Co-Chair, Committee on Academic Feminist Psychology, SPW, APA Div. 35 | 2016-2018 |
| Member, Committee on Technology, SPW, APA Div. 35 | 2013-2014 |
| Member, Feminist Transformations Task Force, SPW, APA Div. 35 | 2011-2012 |

Service to APA Div. 14 (SIOP)                                      2022-present
      Member, SIOP Diversifying I-O Psychology Program

## University Service

| | |
|---|---|
| Member, CHARGE Committee | 2021-present |
| Member, Communications and Advancement Committee | 2018-present |
| Keynote Speaker, 10th Annual Women in Science Seminar | 2022 |
| Guest Panelist, 2020 Women Who Lead Conference Session on Motherhood and Work | 2020 |
| Guest speaker, STEM Transformation Institute Brownbag | 2018 |
| Keynote Speaker, 2018 McNair Senior Ceremony and Faculty Appreciation Dinner | 2018 |
| Guest speaker, Seminar at FIU's Counseling and Psychological Services | 2017 |
| Guest Panelist, the F-Word NOW Forum "Why Should You Care About Sluts?" | 2016, 2017 |
| Member, STRIDE Committee at FIU ` | 2011-2017 |
| Organizer, 1st International Women, Gender, and Violence Conference at FIU | 2014-2015 |
| Guest Panelist, FIU the F-Word NOW Forum "Women in Leadership" | 2014 |
| Guest Panelist, Panel Discussion of "Miss Representation" Film | 2013 |
| Guest Speaker, FIU Liberal Studies Seminar | 2013 |
| Co-Founder and Organizer, CAS Faculty Mentoring Program at FIU | 2011-2012 |
| Member, FIU Survey Task Force | 2011 |
| Co-Founder and Organizer, FIU's Annual Leadership Institute for Women Faculty | 2010 |
| Mentor, FIU's Women's Center | 2009-2011 |

## Departmental Service: Psychology

| | |
|---|---|
| Member, Colloquium Committee | 2022-present |
| Director of the Ph.D. Track in Applied Social and Cultural Psychology (ASCP) | 2021-present |
| Executive Committee | 2021-present |
| Graduate Education Committee | 2021-present |
| Member, Applied Social and Cultural Psychology (ASCP) Program Committee | 2021-present |
| Member, Developmental Science Program Committee | 2014-present |
| Member, IO Program Committee | 2012-present |
| Member, Diversity Committee | 2020-2022 |
| Guest Speaker, IO Lunch and Learn on Work-Life Balance | 2022 |
| Founding Member, EMPWR Faculty Working Group | 2020-2021 |
| Member, Awards and Advancement Committee | 2018-2021 |
| Guest Speaker, Clinical Science Professional Development Committee | 2021 |
| Guest Speaker, Psychology Department GSH&W Wellness Committee | 2021 |
| Guest Speaker, Psychology Graduate Student Association (PGSA) | 2021 |
| Member, Undergraduate Curriculum Committee | 2012-2014, 2017-2020 |
| Member, Colloquium Committee | 2014-2019 |
| Member, Search Committee for IO Instructor | 2019 |
| Member, Search Committee for IO Program Director | 2017-2018 |
| Presenter, CCF Continuing Education Series | 2017 |
| Presenter, CCF Continuing Education Series | 2015 |
| Presenter, CCF Graduate Professional Development Series | 2015 |
| Member, Search Committee for Digital Instructor | 2014-2015 |
| Presenter, "Networking Best Practices" PGSA event | 2014 |
| Presenter, Psi Chi Research Series | 2014 |
| Chair, Colloquium Committee | 2013-2014 |
| Presenter, Psychology Careers and Research Undergrad Student Conference | 2012, 2013 |
| Presenter, "Learn About Our New Faculty" PGSA event | 2013 |
| Member, Search Committee for Digital Instructor | 2012-2013 |

## Departmental Service: Center for Women's and Gender Studies

| | |
|---|---|
| Member, NTTP Promotion Committee | 2020-2021 |
| Member, Personnel Committee | 2016-2017 |
| Faculty Advisor, Women's Studies Student Association (WSSA) | 2013-2017 |
| Member, Bylaws Committee | 2012-2013 |
| Faculty Advisor, Annual WSGSA Conference | 2014-2016 |
| Member, Undergraduate Curriculum Committee | 2012-2016 |
| Presenter, Center for Women and Gender Studies Faculty Research Series | 2014 |
| Panelist, Women's Studies Center Informational Forum | 2013 |
| Women's Studies Rep., FIU's 2012 Women Who Lead Planning Committee | 2011-2012 |

## National and International Conferences and Institutes Organized

| | |
|---|---|
| The 2018 Institute for Academic Feminist Psychologists, Miami, FL | 2017-2018 |
| The 2018 SPSSI (Society for the Psychological Study of Social Issues) Conference | 2017-2018 |
| The 2016 Institute for Academic Feminist Psychologists, Pittsburgh, PA | 2015-2016 |

## *Select* Media Interviews and Appearances

My Psychology Today Blog                                                                      2020-present
    *Power, Women, Relationships: A feminist perspective on social psychology*
    https://www.psychologytoday.com/us/blog/power-women-relationships

Quoted in article for Insight into Diversity                                                          2022
    *Experts Encourage College Campuses to Prepare for Repercussions of Roe v. Wade's Overturn*
    https://www.insightintodiversity.com/experts-encourage-college-campuses-to-prepare-for-
    repercussions-of-roe-v-wades-overturn/

Interviewed for CBS4 News                                                                            2022
    *FIU Warning Students About Sextortion After Campus PD Identifies 4 Cases*
    https://miami.cbslocal.com/2022/05/11/fiu-warning-students-sextortion/

Interviewed for NPR's Academic Minute                                                                2022
    *A culture of care*
    https://www.insidehighered.com/audio/2022/04/27/addressing-homelessness-through-culture-
    care

Authored APA Journals Article Spotlight on Public Psychology                                          2022
    Public psychology: Cultivating socially engaged science for the 21st century
    https://www.apa.org/pubs/highlights/spotlight/issue-231

Research featured in the Washington Post                                                             2022
    *Sharing your eating disorder recovery online can be risky, experts say. Follow this advice.*
    https://www.washingtonpost.com/wellness/2022/02/04/eating-disorder-recovery-social-media

Research featured in Mic                                                                             2022
    *"Sextortion" rose during the pandemic — especially for men*
    https://www.mic.com/life/online-sex-blackmailing-during-pandemic

Co-authored news article for Harvard Business Review (HBR)                                            2022
    *5 ways managers can support pregnant employees*
    https://hbr.org/2022/01/5-ways-managers-can-support-pregnant-employees

Quoted in article on Inside Higher Ed                                                                2022
    *How identity shapes science*
    https://www.insidehighered.com/news/2022/01/04/new-data-how-race-and-gender-shape-
    science

Interviewed for Science Magazine                                                                     2021
    *How to begin building a culture of diversity, equity, and inclusion in your research group*
    https://www.science.org/content/article/how-begin-building-culture-diversity-equity-and-
    inclusion-your-research-group

Authored news article for Women's Media Center (WMC)                                                 2021
    *SHIELD act would be first federal law on intimate image abuse*
    https://womensmediacenter.com/news-features/shield-act-would-be-first-federal-law-on-intimate-
    image-abuse

Interview for Le Scienze (MIND) magazine                                                             2021
    *Le vittime del Web*
    https://www.lescienze.it/mind/articoli/2021/05/20/news/le_vittime_del_web-4932164

Radio interview for CyberCrime Radio                                                                 2021
    *Combatting online abuse*
    https://soundcloud.com/cybercrimemagazine/cyber-civil-rights-combating-online-abuse-dr-asia-
    eaton-ccri

Research featured in Fast Company                                                                    2021
    *Fighting pregnancy discrimination shouldn't be this hard*
    https://www.fastcompany.com/90611928/fighting-pregnancy-discrimination-shouldnt-be-this-
    hard

Quoted in Prevention Magazine                                                                        2021

*How to see what you cannot see*
https://www.prevention.com/life/a35380041/unconscious-bias/

TV Interview for NBC 6 news story                                                                 2020
*NBC6 News Segment on the "Rise in Cyber Partner Violence" during COVID-19*
https://www.youtube.com/watch?v=tRRDd5EfmhQ&feature=emb_title

Research featured in Psychology Today                                                                 2020
*How Pregnancy Discrimination Affects Health*
https://www.psychologytoday.com/ca/blog/the-right-mindset/202007/how-pregnancy-discrimination-affects-health

Research featured in Forbes                                                                 2020
*Pregnancy Discrimination In The Workplace Affects Mother And Baby Health*
https://www.forbes.com/sites/bryanrobinson/2020/07/11/pregnancy-discrimination-in-the-workplace-affects-mother-and-baby-health/#5f8a29d0cac6

Research featured in Bloomberg News                                                                 2020
*When the Boss Is Bad for the Baby*
https://www.bloomberg.com/news/articles/2020-07-09/how-workplace-discrimination-affects-pregnant-women-and-babies

Research featured in EurekAlert!                                                                 2020
*Study: Troubling connection between workplace pregnancy discrimination and health of mothers, babies*
https://www.eurekalert.org/pub_releases/2020-07/bu-stc070720.php

Research featured in PsyPost                                                                 2020
*Study finds the most racially prejudiced people tend to think that they are less racist than the average person*
https://www.psypost.org/2020/06/study-finds-the-most-racially-prejudiced-people-tend-to-think-that-they-are-less-racist-than-the-average-person-56991

Radio interview for This Morning with Alex Jensen, Seoul, Korea                                                                 2019
*International cooperation in fighting digital sex crimes*
https://itunes.apple.com/kr/podcast/tbs-efm-this-morning/id1038822609?l=en&mt=2

Research featured in Newsweek                                                                 2019
*Congress failed Katie Hill*
https://www.newsweek.com/congress-failed-katie-hill-opinion-1469623

Research featured in New York Times                                                                 2019
*Amber Heard: Are we all celebrities now?*
https://www.nytimes.com/2019/11/04/opinion/amber-heard-revenge-porn.html

Research featured in Teen Vogue                                                                 2019
*Revenge porn can haunt you for years*
https://www.teenvogue.com/story/cost-of-revenge-porn

Research featured in Forbes                                                                 2019
*Female physicians reject "good enough"*
https://www.forbes.com/sites/miriamknoll/2019/08/23/female-physicians-reject-good-enough/

Research featured in Chronicle Vita                                                                 2019
*How the opaque way we hire postdocs contributes to science's diversity problem*
*https://chroniclevitae.com/news/2212-how-the-opaque-way-we-hire-postdocs-contributes-to-science-s-diversity-problem*

Inside Higher Ed story on Dr. Eaton's 2019 research on bias in STEM                                                                 2019
*(More) bias in science hiring*
https://www.insidehighered.com/news/2019/06/07/new-study-finds-discrimination-against-women-and-racial-minorities-hiring-sciences

Science Magazine story on Dr. Eaton's 2019 research on bias in STEM                                                                 2019
*Racial and gender biases plague postdoc hiring*
https://www.sciencemag.org/careers/2019/06/racial-and-gender-biases-plague-postdoc-hiring

TV Interview for NBC 6 news story                                                                 2019

*Illegal exposure: Sharing someone else's private porn can be a crime*
https://www.nbcmiami.com/investigations/Nonconsensual-Revenge-Porn-Florida-Cyber-Civil-Rights-509726671.html

Research featured in article for Pacific Standard                                                2019
*The most racist people are also the most likely to underestimate their racism*
https://psmag.com/news/the-most-racist-people-are-the-most-likely-to-underestimate-their-racism?fbclid=IwAR1qT0mMBm68byEuoGOscNyyFcHzIuuQFXmMG65E1dkiRVaoNIrrna39NMA

Research featured in TV segment for Telemundo                                                    2019
*Porno sin permiso*
https://www.telemundo51.com/noticias/destacados/Porno-sin-permiso_TLMD---Miami-509248862.html?fbclid=IwAR1oxDXy2XUvOLFeTg_o3fepGlUnzIxSOkhB2glG8YCT0iVIhaf3VHqQv9w

Research featured in article for Bloomberg                                                       2019
*HR Buzz: Madison-Bound • Women at Helm • New Moms Urged to Exit?*
https://news.bloomberglaw.com/daily-labor-report/hr-buzz

Quoted in article for APA Monitor                                                                2019
*Renewing the push for equality*
https://www.apa.org/monitor/2019/04/cover-renewing-equality?fbclid=IwAR39IKMJHxVFCsZbiAQyonWq25PHHifzzQIG9VKLwi9VrPL6sYJS_UeV9b4

Quoted in article for New York Times (NYT)                                                       2019
*A.S.M.R. Videos Give People the Tingles (No, Not That Way)*
https://www.nytimes.com/2019/02/07/style/asmr-definition-video-women.html

Quoted in article for Modern CLE                                                                 2018
*Why Katelyn Bowden Launched 'BADASS' to Help Revenge Porn Victims*
https://moderncle.com/2018/11/27/badass-organization-help-revenge-porn-victims/?fbclid=IwAR0AE4679ok-BsnuzPXW4BgstxToZTEdYblPkYb8_PxtYPMIHbPXck3NYjk

Radio interview for WLRN's Sundial, South Florida's NPR station                                  2018
*Meet the FIU Psychologist Working to Stop Non-Consensual Porn On Social Media*
http://www.wlrn.org/post/meet-fiu-psychologist-working-stop-non-consensual-porn-social-media

Quoted in BBC News: Mundo
*"A qué edad solemos conocer cuál es nuestra orientación sexual" (At what age do we usually know*    2018
*what our sexual orientation is?)"*
https://www.bbc.com/mundo/noticias-45361587

Interview for Psychology's Feminist Voices                                                       2018
*Video interview for oral history archive containing the stories of feminist psychologists*
https://www.feministvoices.com/asia-a-eaton

Podcast interview for "Department 12" IO podcast on sexual harassment research                   2018
*Ryan Jacobson & Asia Eaton on sexual harassment policies*
http://department12.com/ryan-jacobson-asia-eaton-on-sexual-harassment-policies/

Research featured in article for the Society for Industrial and Organizational Psychology,       2018
*How organizations can really fight sexual harassment*
*http://www.siop.org/article_view.aspx?article=1760*

Quoted in article for Oxygen                                                                     2017
*1 in 20 social media users have shared nonconsensual pornography*
http://www.oxygen.com/blogs/1-in-20-social-media-users-have-shared-nonconsensual-pornography

Quoted in article for Vocativ                                                                    2017

*Survey: 1 in 20 social media users have shared nonconsensual porn*
http://www.vocativ.com/437803/ccri-nonconsensual-revenge-porn/

Quoted in article for Mic                                                                              2017
*Military women plead with Facebook to address the continued spread of revenge porn*
https://mic.com/articles/174122/marines-united-facebook-revenge-porn-problem-dark-web-military-women-open-letter#.zNGLjZaRd

Video interview with the National Alliance for Youth Sports (NAYS)                  2017
*How coaches can approach and respond to teen dating violence*

Featured in article for Miami New Times                                                     2016
*Faculty demand FIU become "Sanctuary Campus" for immigrants*
http://www.miaminewtimes.com/news/faculty-demand-fiu-become-sanctuary-campus-for-immigrants-8973575

Quoted in article for RISE: Miami News                                                          2015
*Is Miami based sugardaddie.com an online brothel?*
http://risemiaminews.com/2015/07/is-miami-based-sugardaddie-com-an-online-brothel

TV interview on "Viewpoint" on WPBT2, South Florida's PBS station with Henry Mack          2015
on the Supreme Court decision on marriage equality
http://video.wpbt.org/video/2365521933

TV interview on "Issues" on WPBT2, South Florida's PBS station with Helen Ferré          2015
on gender identity and transgender individuals
https://youtu.be/ch99UPHK4sE

TV interview on "Issues" on WPBT2, South Florida's PBS station with Helen Ferré          2015
on the legalization of same sex marriage in Florida
http://youtu.be/Ga3RRAi4Vhc

## Technical Papers and Reports for the Public

†Saunders, J. F., & **Eaton, A. A**. (2018). *Are social media comparisons thieves of joy?* Brief 18-008.          2018
The Women's Research Institute of Nevada Research Briefs.

**Eaton, A. A.**, Jacobs, H., & *Ruvalcaba, Y. (2017). *2017 Nationwide online study of nonconsensual*          2017
*porn victimization and perpetration: A summary report.* Cyber Civil Rights Initiative. Retrieved from
https://www.cybercivilrights.org/wp-content/uploads/2017/06/CCRI-2017-Research-Report.pdf

## Expert Witness Testimony

Expert Witness for multiple cases with Daniel Szalkiewicz & Associates, P.C.          2022-present
Wrote expert witness reports about a variety of cases of image-based sexual abuse

Expert Witness in Doty v. ADT                                                              2021-present
Wrote an expert witness report on the nature and harms of image-based abuse for primary and
secondary survivors for Edelson PC in the case of Doty vs. ADT

Expert Witness in Doe v. Trimble                                                              2020
Wrote an expert witness report on the nature and harms of nonconsensual pornography for
Attorney Gregory M. Clift in the case of Doe v. Trimble

Expert Witness in Simpson v. Oliver                                                           2020
Wrote an expert witness report on the nature and harms of nonconsensual pornography for
Attorney Robert S. Gans in the case of Simpson v. Oliver

## Consulting Experience

Consultant Affiliate with the Kaleel Jamison Consulting Group (KJCG)          2021-present
Works with Senior Leadership Teams to create the foundation for greater trust,

inclusion, and collaboration in the workplace; https://kjcg.com/asia-eaton

**Grant Advisory Boards**

International Advisory Group for an Australian Research Council (ARC) Project          2022-present
    Australian Research Council (ARC) Future Fellowship project on the efficacy of
    digital tools and interventions to detect, prevent and respond to image-based sexual abuse

**Professional Affiliations**

    **Fellow:** American Psychological Association (APA)
    **Fellow:** Society for the Psychological Study of Social Issues (SPSSI, APA Div.9)
    **Fellow:** Society for the Psychology of Women (SPW, APA Div. 35)
    **Member:** Society for Personality and Social Psychology (SPSP, APA Div. 8)
    **Member:** Society for Industrial and Organizational Psych. (SIOP, APA Div. 14)



Exhibit 11

# 2020 Life Expectancy Table

| Age | Male Life Expectancy | Female Life Expectancy | Age | Male Life Expectancy | Female Life Expectancy |
|-----|------|------|-----|------|------|
| 0 | 75.97 | 80.96 | 30 | 47.65 | 51.97 |
| 1 | 75.45 | 80.39 | 31 | 46.74 | 51.01 |
| 2 | 74.48 | 79.42 | 32 | 45.83 | 50.06 |
| 3 | 73.50 | 78.43 | 33 | 44.92 | 49.10 |
| 4 | 72.52 | 77.45 | 34 | 44.01 | 48.15 |
| 5 | 71.53 | 76.46 | 35 | 43.10 | 47.20 |
| 6 | 70.54 | 75.47 | 36 | 42.19 | 46.25 |
| 7 | 69.55 | 74.47 | 37 | 41.28 | 45.30 |
| 8 | 68.56 | 73.48 | 38 | 40.37 | 44.36 |
| 9 | 67.57 | 72.49 | 39 | 39.47 | 43.41 |
| 10 | 66.57 | 71.50 | 40 | 38.56 | 42.47 |
| 11 | 65.58 | 70.50 | 41 | 37.65 | 41.53 |
| 12 | 64.59 | 69.51 | 42 | 36.75 | 40.59 |
| 13 | 63.60 | 68.52 | 43 | 35.85 | 39.66 |
| 14 | 62.61 | 67.53 | 44 | 34.95 | 38.73 |
| 15 | 61.63 | 66.54 | 45 | 34.06 | 37.80 |
| 16 | 60.66 | 65.55 | 46 | 33.17 | 36.88 |
| 17 | 59.70 | 64.57 | 47 | 32.28 | 35.96 |
| 18 | 58.74 | 63.59 | 48 | 31.41 | 35.04 |
| 19 | 57.79 | 62.61 | 49 | 30.54 | 34.13 |
| 20 | 56.85 | 61.63 | 50 | 29.67 | 33.23 |
| 21 | 55.91 | 60.66 | 51 | 28.82 | 32.33 |
| 22 | 54.98 | 59.69 | 52 | 27.98 | 31.44 |
| 23 | 54.06 | 58.72 | 53 | 27.14 | 30.55 |
| 24 | 53.14 | 57.75 | 54 | 26.32 | 29.68 |
| 25 | 52.22 | 56.78 | 55 | 25.50 | 28.81 |
| 26 | 51.31 | 55.82 | 56 | 24.70 | 27.94 |
| 27 | 50.39 | 54.85 | 57 | 23.90 | 27.09 |
| 28 | 49.48 | 53.89 | 58 | 23.12 | 26.24 |
| 29 | 48.56 | 52.93 | 59 | 22.34 | 25.39 |

# 2020 Life Expectancy Table

| Age | Male Life Expectancy | Female Life Expectancy | Age | Male Life Expectancy | Female Life Expectancy |
|-----|------|------|-----|------|------|
| 60 | 21.58 | 24.56 | 90 | 4.05 | 4.78 |
| 61 | 20.83 | 23.72 | 91 | 3.75 | 4.43 |
| 62 | 20.08 | 22.90 | 92 | 3.48 | 4.11 |
| 63 | 19.35 | 22.07 | 93 | 3.23 | 3.81 |
| 64 | 18.62 | 21.26 | 94 | 3.01 | 3.55 |
| 65 | 17.89 | 20.45 | 95 | 2.81 | 3.31 |
| 66 | 17.18 | 19.65 | 96 | 2.64 | 3.09 |
| 67 | 16.47 | 18.86 | 97 | 2.49 | 2.90 |
| 68 | 15.77 | 18.07 | 98 | 2.36 | 2.73 |
| 69 | 15.07 | 17.30 | 99 | 2.24 | 2.58 |
| 70 | 14.39 | 16.54 | 100 | 2.12 | 2.42 |
| 71 | 13.71 | 15.79 | 101 | 2.01 | 2.28 |
| 72 | 13.05 | 15.05 | 102 | 1.90 | 2.14 |
| 73 | 12.40 | 14.32 | 103 | 1.80 | 2.01 |
| 74 | 11.76 | 13.61 | 104 | 1.70 | 1.88 |
| 75 | 11.14 | 12.92 | 105 | 1.60 | 1.76 |
| 76 | 10.53 | 12.23 | 106 | 1.51 | 1.65 |
| 77 | 9.94 | 11.57 | 107 | 1.42 | 1.54 |
| 78 | 9.37 | 10.92 | 108 | 1.34 | 1.44 |
| 79 | 8.82 | 10.29 | 109 | 1.26 | 1.34 |
| 80 | 8.28 | 9.68 | 110 | 1.18 | 1.24 |
| 81 | 7.76 | 9.09 | 111 | 1.10 | 1.15 |
| 82 | 7.26 | 8.52 | 112 | 1.03 | 1.06 |
| 83 | 6.79 | 7.98 | 113 | 0.96 | 0.98 |
| 84 | 6.33 | 7.45 | 114 | 0.90 | 0.91 |
| 85 | 5.89 | 6.95 | 115 | 0.84 | 0.84 |
| 86 | 5.48 | 6.47 | 116 | 0.78 | 0.78 |
| 87 | 5.08 | 6.01 | 117 | 0.72 | 0.72 |
| 88 | 4.71 | 5.57 | 118 | 0.66 | 0.66 |
| 89 | 4.37 | 5.16 | 119 | 0.61 | 0.61 |



Exhibit 12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

M.H.,

                              Plaintiff,

        -against-

E.T. A/K/A E.M.,

                              Defendant.

**ATTORNEY FEE**
**AFFIRMATION**

Index No. : 161144/2020

Daniel S. Szalkiewicz, an attorney duly admitted to practice before the courts of the State of New York, hereby affirms, under the penalties of perjury, as follows:

1.      I am a member of DANIEL SZALKIEWICZ & ASSOCIATES, P.C., attorneys for plaintiff Marisa Hahn ("Marisa" or "Plaintiff").  I am familiar with all the facts and circumstances set forth in this affirmation.

2.      I submit this affirmation for the September 13, 2022, inquest relating to attorney fees.

3.      I have been admitted to practice in New York and New Jersey since 2010 and my associate, Cali Madia, has been admitted to practice in New York and Florida since 2013.   Both of us have extensive experience in internet related privacy matters.  We both participate in CLE courses, have been named Rising Stars in "Super Lawyer" magazine, and provide all of our clients with personalized and skilled attention.

4.      A copy of my current CV is annexed hereto as Exhibit 1 and incorporated herein by reference.

1

5.     I have been responsible for reviewing the time records in this case from its inception to the present. I am familiar with the activities that the attorneys and staff have performed in representing the Plaintiff. I am also familiar with the time and cost of those activities.

6.     Attached to this affirmation are true and correct copies of time entries for services rendered in this matter by Ms. Madia and myself (Exhibit 2). These entries represent contemporaneous billing records for this matter. The time entries contain sufficient detail of the task performed to show that the amount of time expended for the work described was reasonable. Moreover, given my role in the case, familiarity with the work performed, and my experience, as further described below, I have personal knowledge that the amount of time expended was reasonable.

7.     Our client initially retained our services on July 1, 2020. A copy of the retainer is annexed as Exhibit 3.

8.     Pursuant to the terms of our retainer, our hourly billing rate in 2020 was $450.00 a partner. Our current hourly rate is $500.00 an hour.

9.     The following tabulates the hours recorded by each lawyer (as reflected on Exhibit 2) from July 1, 2020 until present:

| Attorney | Hours | Rate |
|----------|-------|------|
| Daniel Szalkiewicz | 34.40 | $450.00 |
| Cali Madia | 19.10 | $450.00 |
| **Total** | **53.50** | **$24,075.00** |

10.     The rates charged by each attorney were below the customary and normal rates charged to other clients at the times each of the services was performed. Both the hours spent by

2

us and the rates charged for those hours are reasonable and were necessary for the representation of Marisa in this case.

11.    I have given lectures throughout the country on internet disclosure actions and the effect revenge porn and nonconsensual disclosure of images have on the law.  Our law firm filed the first lawsuit under the New York City Administrative Code in this area, and we have multiple ongoing litigations in this area.

12.    This area of law is relatively new, and there are few attorneys who practice in this field.

13.    Had we not been representing Defendant in this matter, our attorneys would have been fully utilized on other billable client work

14.    Based on the annexed invoice, the reasonable amount of time spent on the matter was 53.50 hours with an anticipation of additional work upon filing the inquest, for a total award of attorney fees in the amount of $25,000.00.

Dated: September 9, 2022
        New York, New York

Daniel S. Szalkiewicz

Exhibit
1

# Daniel S. Szalkiewicz, Esq.
*Founder,* Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
(212) 706-1007
daniel@lawdss.com

## EDUCATION

- B.A. in Philosophy, Politics and Law, Binghamton University
- J.D., Seton Hall University School of Law

## BAR ADMISSIONS

- State of New York     2010 (active)
- State of New Jersey     2010 (active)
- U.S. District Court for the Eastern District of New York     2019 (active)
- U.S. District Court for the Southern District of New York     2011 (active)
- District Court of the State of New Jersey     2010 (active)
- U.S. Court of Appeals (2d Cir.)     2013 (active)

## SELECT SPEAKING ENGAGEMENTS AND CLE PRESENTATIONS

1. New York State Bar Association, Continuing Legal Education Presenter, *Stealing Your Image and the Grateful Dead: Amendments to New York's Right of Publicity Law*, February 2021
2. North American Insulation Manufacturers Association, Presenter, *Case Studies in Identifying Anonymous Websites*, September 2019
3. myLawCLE, Continuing Legal Education Presenter, *Online Defamation Lawsuits and Internet Discovery*, January 2019
4. Federal Bar Association, Continuing Legal Education Presenter, *Strategies to Identify and Combat False Internet Speech*, November 2018
5. Seton Hall University School of Law, *Information Privacy Law Lecture*, November 2018
6. North American Insulation Manufacturers Association, Presenter, *Strategies to Identify and Combat Internet Speech*, September 2018
7. Ideal Stream Public Media, Speaker, *The Sound of Ideas: Revenge Porn*, January 2018

8. myLawCLE, Continuing Legal Education Presenter, *Online Defamation and Website Removal*, November 2017
9. myLawCLE, Continuing Legal Education Presenter, *How to Remove Defamation and Other Damaging Content from the Internet*, January 2018
10. Lawline, Continuing Legal Education Presenter, *Online Defamation and Website Removal*, July 2017
11. National Business Institute, Continuing Legal Education Presenter, *Online Defamation and Libel*, April 2017

## CASES OF INTEREST (PAST 5 YEARS)

1. Plaintiff's Attorney, *A.G. v. Throwaway8350*, Supreme Court of New York, Rockland County, 36243/2021
2. Plaintiff's Attorney, *L.R. v. Google LLC and Facebook, Inc.*, Supreme Court of New York, New York County, 160429/2021
3. Plaintiff's Attorney, *Jong Min Baek v. Facebook, Inc.*, Supreme Court of New York, New York County, 151815/2021
4. Plaintiff's Attorney, *Jane Doe v. Blackrabbit19.*, Supreme Court of New York, Bronx County, 34452/2020
5. Plaintiff's Attorney, *Navid Moshtael v. T-Mobile USA, Inc.*, Supreme Court of New York, New York County, 151727/2020
6. Plaintiff's Attorney, *F.B. v. Facebook, Inc.*, Supreme Court of New York, Bronx County, 20213/2020
7. Plaintiff's Attorney, *J.A. v. Google LLC. and Facebook, Inc.*, Supreme Court of New York, Bronx County, 34984/2019E
8. Plaintiff's Attorney, *Navid Moshtael v. Google LLC*, Supreme Court of New York, New York County, 160145/2019
9. Plaintiff's Attorney, *P.F. v. Verizon Wireless I.I.C., WhatsApp, Inc., Facebook, Inc., Onvoy LLC.*, Supreme Court of New York, Bronx County, 29430/2019
10. Plaintiff's Attorney, *C.T. v. Facebook, Inc. and Google LLC.*, Supreme Court of New York Bronx County, 26956/2019
11. Plaintiff's Attorney, *M.D. v. Facebook, Inc., Paypal Inc, Twitter, Inc., Instagram, Inc., Perry Street Software, Inc., Grindr LLC, Verizon Media I.I.C, Microsoft Corporation and United Internet*, Supreme Court of New York, Bronx County, 26601/2019
12. Plaintiff's Attorney, *Wendy Salinas v. Victor Tavares.*, Supreme Court of New York, Westchester County, 57102/2019
13. Plaintiff's Attorney, *Oscar Abraham Jaeger v. Tanya V, Jorge Gonzalez, Mohammad Batista and Google, LLC.*, Supreme Court of New York, Bronx County, 24262/2019
14. Plaintiff's Attorney, *Joe Symon v. John Doe(s), Reddit, Inc., Google LLC. and Twitter, Inc.*, Supreme Court of New York, Bronx County, 24072/2019
15. Plaintiff's Attorney, *A.K. v. Facebook, Inc.*, Supreme Court of New York, Bronx County, 21245/2019

16. Plaintiff's Attorney, *Rey Furniture Inc. v. Google LLC*, Supreme Court of New York, Bronx County, 33591/2018
17. Plaintiff's Attorney, *Harway Terrace Inc. v. Facebook, Inc.*, Supreme Court of New York, Bronx County, 31624/2018
18. Plaintiff's Attorney, *K.W. v. Google LLC., Apple Inc., EHarmony Inc., Spark Networks Inc., IAC/Interactive Corp., and Charter Communications Inc.* Supreme Court of New York, Bronx County, 30207/2018
19. Plaintiff's Attorney, *Williams & Williams v. Mark M.*, Supreme Court of New York, Bronx County, 29619/2018
20. Plaintiff's Attorney, *L.C. v. Instagram, Inc.*, Supreme Court of New York, Bronx County, 29472/2018
21. Plaintiff's Attorney, *Ashley Tiburcio v. Facebook, Inc. and Instagram, Inc.*, Supreme Court of New York, Bronx County, 28300/2018
22. Plaintiff's Attorney, *C.M. v. Anonyhandle@Yahoo.Com*, Supreme Court of New York, Bronx County, 26868/2018
23. Plaintiff's Attorney, *A.R. v. Mark.Romani.370.*, Supreme Court of New York, Bronx County, 26743/2018
24. Plaintiff's Attorney, *A.L. v. John Doe.*, Supreme Court of New York, Bronx County, 25032/2018
25. Plaintiff's Attorney, *ChiroNewYork, PPLC v. Doris M. and Denis A.*, Supreme Court of New York, Bronx County, 23271/2018
26. Plaintiff's Attorney, *Steuben Foods Management LLC v. John Doe.*, Supreme Court of New York, Bronx County, 23180/2018
27. Plaintiff's Attorney, *Board of Managers of Brightwater Towers Condominium v. Google LLC.*, Supreme Court of New York, Bronx County, 22458/2018
28. Plaintiff's Attorney, *Nasir Mogul v. IPOListing*, Supreme Court of New York, Bronx County, 20196/2018
29. Plaintiff's Attorney, *J.R. et al. v. Google, Inc.*, Supreme Court of New York, Bronx County, 36469/2017
30. Plaintiff's Attorney, *John Doe v. Facebook, Inc.*, Supreme Court of New York, Bronx County, 31093/2017
31. Plaintiff's Attorney, *Jean Michel Braik v. Scott*, Supreme Court of New York, Bronx County, 31042/2017
32. Plaintiff's Attorney, *Jane Doe v. Facebook, Inc. and Instagram, Inc.*, Supreme Court of New York, Bronx County, 29709/2017
33. Plaintiff's Attorney, *Peter Cedeno v. Google, Inc. and Birdeye, Inc.*, Supreme Court of New York, Bronx County, 29227/2017
34. Plaintiff's Attorney, *Monique Saran v. Google, Inc., Snap Inc., Association of American Medical Colleges, and Facebook, Inc.*, Supreme Court of New York, Bronx County, 27756/2017
35. Plaintiff's Attorney, *John Doe v. Digital Ocean, Inc.*, Supreme Court of New York, Bronx County, 26684/2017
36. Plaintiff's Attorney, *John Doe v. Automattic, Inc. d/b/a Wordpress.com*, Supreme Court of New York, Bronx County, 23948/2017
37. Plaintiff's Attorney, *Isaac Mildenberg Martahaim v. Automattic, Inc. d/b/a Wordpress.com*, Supreme Court of New York, Bronx County, 23620/2017

38. Plaintiff's Attorney, *Jane Doe v. Tumblr, Inc.,* Supreme Court of New York, New York County, 153709/2017
39. Plaintiff's Attorney, *Jane Doe v. Sluts75,* Supreme Court of New York, Bronx County, 21659/2017
40. Plaintiff's Attorney, *Reginald Tiu v. Mich Elle,* Supreme Court of New York, Bronx County, 21428/2017
41. Plaintiff's Attorney, *Bar Lagziel v. Blzona69,* Supreme Court of New York, New York County, 150590/2017

**PROFESSIONAL AFFILATIONS**
- New York State Bar
- New York State Academy of Trial Lawyers
- International Association of Privacy Professionals

# Exhibit
# 2

# Daniel Szalkiewicz & Associates, P.C.

23 W. 73rd St., Ste. 102
New York, NY 10023

**INVOICE**

Invoice # 117
Date: 07/08/2022
Due On: 08/07/2022

Marisa Hahn
101 Washington Blvd, Apt 513
Sanford, CT

## 00038-Hahn

## Nonconsensual Image Sharing

### Services

| Date | Attorney | Notes | Quantity | Total |
|------|----------|-------|----------|-------|
| 07/01/2020 | DS | Review of correspondence from client regarding history of matter. | 0.20 | $90.00 |
| 07/02/2020 | CM | Review of case file in anticipation of drafting pleadings | 0.30 | $135.00 |
| 07/08/2020 | DS | Telephone call with client regarding status of case | 0.20 | $90.00 |
| 07/09/2020 | DS | Drafting of complaint | 2.30 | $1,035.00 |
| 07/09/2020 | CM | phone call with client concerning drafting of complaint | 0.50 | $225.00 |
| 07/13/2020 | DS | Drafting of Complaint and integrating of information learned during phone call with client | 0.80 | $360.00 |
| 07/13/2020 | CM | Drafting of Order to Show Cause, Affirmation seeking ability to proceed using initials | 1.90 | $855.00 |
| 07/13/2020 | DS | Review of complaint and drafting of changes to same | 0.30 | $135.00 |
| 07/13/2020 | DS | Completed drafting of Order to Show Cause | 0.40 | $180.00 |
| 07/14/2020 | DS | Telephone call client, drafting of correspondence regarding matter | 0.60 | $270.00 |
| 07/15/2020 | DS | Telephone call with client, drafting of litigation hold letters | 0.60 | $270.00 |
| 07/24/2020 | DS | Telephone call with clerk's office regarding status of filing of the lawsuit. | 0.10 | $45.00 |
| 12/23/2020 | DS | Attendance at court for filing of OSC, filed action on CEF | 2.90 | $1,305.00 |
| 12/29/2020 | DS | Drafting of correspondence to clerk, sent same | 0.20 | $90.00 |
| 12/29/2020 | DS | Telephone call with client, review of file, review of OSC | 1.10 | $495.00 |
| 01/14/2021 | DS | Drafting of correspondence to court regarding service date | 0.10 | $45.00 |

| Date | | Description | Hours | Amount |
|------|------|------|------|------|
| 03/01/2021 | DS | Review of conformed OSC, people search on Defendant's current address, telephone call with process server, drafting of correspondence to process server, sent papers to same | 0.40 | $180.00 |
| 03/04/2021 | DS | Telephone call with client regarding status of service | 0.10 | $45.00 |
| 03/05/2021 | DS | Review of affidavit of service, serving of OSC by certified mail | 0.60 | $270.00 |
| 03/15/2021 | DS | Review of correspondence from opposing counsel, drafting of correspondence to client | 0.20 | $90.00 |
| 03/22/2021 | DS | Review of correspondence from opposing counsel, drafting of correspondence to same regarding settlement demand | 0.10 | $45.00 |
| 04/05/2021 | DS | Telephone call with client, review of correspondence from same regarding settlement | 0.20 | $90.00 |
| 08/06/2021 | CM | Drafting of motion seeking additional time to serve summons and complaint | 2.10 | $945.00 |
| 09/20/2021 | DS | Drafting of correspondence to process server | 0.10 | $45.00 |
| 09/23/2021 | DS | Drafting of letter to opposing counsel | 0.10 | $45.00 |
| 11/08/2021 | DS | Review of motion for default judgment, conversation with client | 0.40 | $180.00 |
| 11/09/2021 | DS | Completed drafting of motion for default judgment | 0.60 | $270.00 |
| 01/12/2022 | DS | Review of affidavit, sent same to client for signature | 0.30 | $135.00 |
| 01/17/2022 | DS | Review of motion for default judgment, drafting of changes to affirmation, filed same with court and served same on Defendant | 0.80 | $360.00 |
| 06/02/2022 | DS | Review of default judgment order from court | 0.30 | $135.00 |
| 06/10/2022 | DS | Filing of notice of entry with court | 0.10 | $45.00 |
| 06/21/2022 | CM | drafting of HIPAA | 0.10 | $45.00 |
| 06/21/2022 | DS | Telephone call with client regarding the status of the case, telephone call with expert witness regarding matter | 0.60 | $270.00 |
| 06/23/2022 | CM | drafting HIPAA cover letter and sending of same to doctor | 0.20 | $90.00 |
| 06/23/2022 | DS | Drafting of note of issue, filing of same | 0.20 | $90.00 |
| 06/23/2022 | DS | Review of correspondence from client concerning expert witness | 0.10 | $45.00 |
| 06/27/2022 | DS | Telephone call with client, conversation with CPM concerning same | 0.10 | $45.00 |
| 07/06/2022 | DS | Drafting of email to client regarding update on matter, drafting of correspondence court regarding attendance of witnesses, filing same with court sent same to part | 0.80 | $360.00 |
| 07/07/2022 | DS | Drafting of update email to client | 0.10 | $45.00 |
| 07/08/2022 | DS | Review of attorney fees for trial, began preparations attorney fee affirmation | 0.50 | $225.00 |

|  |  | | **Services Subtotal** | **$9,720.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 07/13/2020 | Filing Fee OSC/Summons and Complaint | 1.00 | $305.00 | $305.00 |
| Expense | 07/15/2020 | USPS Postage Priority Mail: Postage for litigation hold letters | 2.00 | $7.70 | $15.40 |
| Expense | 03/25/2021 | Process server fee | 1.00 | $127.75 | $127.75 |
| Expense | 01/14/2022 | Postage for Default Judgment Motion | 1.00 | $4.50 | $4.50 |
| Expense | 01/14/2022 | Filing Fee for DJ motion | 1.00 | $46.35 | $46.35 |
| Expense | 06/23/2022 | Filing Fee Note of Issue | 1.00 | $30.90 | $30.90 |

| | **Expenses Subtotal** | **$529.90** |
| --- | --- | --- |
| | **Subtotal** | **$10,249.90** |
| | **Total** | **$10,249.90** |
| | **Payment (07/08/2022)** | **-$1,000.00** |
| | **Balance Owing** | **$9,249.90** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 117 | 08/07/2022 | $10,249.90 | $1,000.00 | $9,249.90 |
| | | | Outstanding Balance | $9,249.90 |
| | | | Total Amount Outstanding | $9,249.90 |

Please make all amounts payable to: Daniel Szalkiewicz & Associates, P.C.

Please pay within 30 days.

# Daniel Szalkiewicz & Associates, P.C.

## INVOICE

23 W. 73rd St., Ste. 102
New York, NY 10023

Invoice # 144
Date: 09/09/2022
Due On: 10/09/2022

Marisa Hahn
101 Washington Blvd, Apt 513
Sanford, CT

## 00038-Hahn

## Nonconsensual Image Sharing

| Date | Attorney | Notes | Quantity | Total |
|------|----------|-------|----------|-------|
| 07/13/2022 | DS | Conversation with CPM, drafting of email to Dr. Eaton concerning testimony | 0.20 | $90.00 |
| 08/11/2022 | DS | Review of emails from client regarding expert and forensic, drafting of email to same, telephone call with client concerning inquest | 0.30 | $135.00 |
| 08/15/2022 | DS | Meeting with expert witness concerning report and steps going forward | 0.30 | $135.00 |
| 08/15/2022 | DS | Review of correspondence from client regarding hearing date, drafting of email to same | 0.20 | $90.00 |
| 08/16/2022 | DS | Drafting of correspondence to client regarding medical record request | 0.20 | $90.00 |
| 08/16/2022 | DS | Preparation for inquest re: Plaintiff's exhibits and question | 2.80 | $1,260.00 |
| 08/24/2022 | CM | review of Dr. Eaton's CV, drafting of potential questions for direct, review of research papers | 3.90 | $1,755.00 |
| 08/25/2022 | DS | Review of expert's studies in preparation for trial testimony | 1.90 | $855.00 |
| 08/25/2022 | CM | review of Eaton publications and Ziv testimony and drafting of questions in anticipation of inquest | 3.10 | $1,395.00 |
| 08/26/2022 | CM | review of Eaton and related research and drafting of questions for direct | 2.00 | $900.00 |
| 08/31/2022 | CM | Review of screenshots, pleadings, medical file and drafting of questioning for inquest | 2.30 | $1,035.00 |
| 09/07/2022 | CM | conversation with DSS about inquest | 0.90 | $405.00 |
| 09/08/2022 | DS | Review of medical reports, conversations with client and expert witness, begin preparation of questions for expert and client | 8.10 | $3,645.00 |
| 09/08/2022 | CM | review of medical records and integrating information into questioning for upcoming inquest | 0.80 | $360.00 |

| 09/09/2022 | DS | Review of jury awards, drafting of damages statement | 3.90 | $1,755.00 |
| 09/09/2022 | CM | integrating Eaton interview into Hahn questioning for inquest | 1.00 | $450.00 |

|  |  | **Subtotal** | **$14,355.00** |
|  |  | **Total** | **$14,355.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 117 | 08/07/2022 | $10,249.90 | $1,000.00 | $9,249.90 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 144 | 10/09/2022 | $14,355.00 | $0.00 | $14,355.00 |
|  |  |  | **Outstanding Balance** | **$23,604.90** |
|  |  |  | **Total Amount Outstanding** | **$23,604.90** |

Please make all amounts payable to: Daniel Szalkiewicz & Associates, P.C.

Please pay within 30 days.

# Exhibit
# 3

 **Daniel Szalkiewicz & Associates**

116 Pinehurst Avenue
Suite A4A
New York, NY 10033

T: (212) 706-1007
F: (914) 500-2315
lawdss.com

As of July 1, 2020

***PERSONAL AND CONFIDENTIAL***
**Sent via DocuSign**
Ms. Marisa Hahn

***Re: Agreement to Provide Legal Services***

Dear Ms. Hahn:

It was a pleasure speaking with you recently. As discussed and in order to confirm our mutual understanding regarding our representation in your matter, this letter is intended to set forth this firm's fee arrangement and billing procedures and to further outline the scope of services that this firm will provide in connection with your nonconsensual pornography matter.

This agreement sets forth the terms of our representation. Unless later agreed upon, the terms of this agreement shall apply to this representation and any additional matters that we handle on your behalf. This Engagement Letter is furnished to you in accordance with Part 1210 of the Joint Rules of the Appellate Division of New York. We have also delivered to you the "Statement of Client's Rights and Responsibilities" as mandated by New York law.

**Fee Arrangement**

The retainer fee shall be $1,000.00, to be billed against as statements are rendered. This retainer payment does not necessarily represent the amount of the overall fee which you may incur by virtue of our services. The total fee is due upon the signing of this agreement.

It is mutually agreed that this firm will provide requested legal services to you billable on an hourly (or part thereof) basis at the then prevailing hourly rates. Currently, our fee structure is $450.00 per hour for attorney services and $0.00 per hour for paralegal services. These fees are intended to cover professional time spent on your matter, including, but not limited to office meetings and conferences, telephone calls and conferences, either placed by or placed to the client, or otherwise made or had on the client's behalf or related to the client's matter, preparation, review and revision of correspondence, pleadings, motions, disclosure demands and responses, affidavits and affirmations or any other documents, memoranda, or papers relative to the client's matter, legal research, court appearances, conferences, file review, preparation time, travel time, and any other time expended on behalf of or in connection with the client's matter.

The law permits us to ask for attorney fees from the defendant in this matter. As part of any judgment, we will be requesting the court grant us our full hourly rate of $450.00 from the defendant. The we are awarded attorney fees, and collect them from the defendant, you will be refunded any hourly fees paid to us in this action. If we are unable to recover funds from the Defendant, we will agree to reduce our hourly rate to a mutually agreed upon rate.

Daniel Szalkiewicz & Associates, P.C.

DocuSign Envelope ID: 8FC3B9B3-9F5A-432F-AD5A-3F359B5E040B



Ms. Marisa Hahn
As of July 1, 2020
Page 2

We will also be entitled to recover a contingency fee of 25% of any of the funds received from the defendants in the matter.

We have also agreed that all out-of-pocket expenses incurred on an ongoing basis for local travel, filing fees, recording and court costs, if any, and the like will be billed additionally. Should we utilize, on your behalf and with your prior approval, the services of out of firm counsel or those individuals possessing skills in highly technical areas, their charges will similarly be incorporated within our bill.

## Termination of Attorney/Client Relationship

You have the right to discharge this firm as your counsel at any time and for any reason. This firm has the right to withdraw from representing your interests in this matter or for any other matter which is governed by this retainer agreement if payment of an amount due under this retainer agreement is not received within thirty (30) days of the date it is due or the issuance of a monthly statement of account. Additionally, this firm has the right to withdraw in the event that we believe, in our sole discretion, that we can no longer adequately represent your interests due to ethical considerations or our inability to represent you due to conflicts which may arise between us during the course of our representation.

If we are so discharged or otherwise withdraw, this firm shall be paid for the actual time spent in connection with services rendered pursuant to this retainer agreement and the remainder of the advanced retainer paid, if any, shall be promptly refunded to you. Similarly, any amounts due and owing to this firm, in the full, nonreduced amount, shall become immediately due and payable. This firm shall retain a charging lien on this file and no other security interest shall be given except as provided by law, with notice to all interested parties and as approved by a Court of competent jurisdiction.

Should a dispute arise concerning the fees charged by this firm incurred pursuant to this agreement, you may seek arbitration pursuant to Part 137 of the Rules of the Chief Administrator (which will be provided to you upon request) which shall be binding upon both this firm and you.

## Storage of Files, Email and Cell Phone Privacy Issues

In order for us to best represent you, all documents, photographs, and videos ("media") received by us during this engagement will be securely stored electronically and/or physically, when applicable. By retaining us, you consent to our physical and electronic storage of the media for the purposes of current and potential litigation, regardless of your age when the media was created. We agree that we will never share your media without your permission and consent.



Ms. Marisa Hahn
As of July 1, 2020
Page 3

_____

As attorneys, we are under an ethical obligation to maintain the confidences and privacy of our clients. However, although most forms of communication (U.S. mail, overnight delivery, fax, telephone calls over a wired network) are considered security communications by the Courts, the State of New York has not provided any guidance governing the use of email or communications (text or voice) made by cell phone. Interception of email is a felony under the federal Electronic Communications Privacy Act which provides, in part, that should an otherwise privileged communication be intercepted in violation of the Act, the privilege will remain intact, however, although the material intercepted may not be admissible in Court it may still be utilized for other purposes by the person intercepting the communication. By outlining the risks involved, this office has fulfilled its ethical obligations and by signing this Retainer Agreement, you acknowledge your consent to receive privilege communications via email and cell phone. Should you decide that you no longer wish to be contacted by email or on your cell phone, this consent may be withdrawn by you at any time

## Billing and Payment Procedures

This firm will invoice you on a monthly or "as needed" basis for services rendered and for itemized out-of-pocket expenses incurred during the preceding period. It is mutually agreed that all invoices will be due and payable upon receipt and that such charges willfully outstanding in excess of thirty (30) days will both bear interest at the option of this firm at a rate not to exceed one and one half percent (1 %) per month and be increased by costs of collection, including but not limited to reasonable attorney's fees incurred in connection with the collection of any amount due this firm.

Time is recorded contemporaneously and billed in tenths of an hour, with 0.1 hours equal to 6 minutes. For example, a charge of 0.1 hours would be made for services that take between 0 and 6 minutes, 0.2 hours for services that take between 6 and 12 minutes, etc.

If payment is made by credit card, a 3% service charge will be added to the invoice. Additionally, the client understands that a third-party servicer may first deposit the retainer sum and the firms operating account, reduced by any fees, and then transferred into a dedicated escrow account.

## Attorney-Client Privilege and Confidentiality

Communications between you and us are privileged and confidential. We will take all reasonable steps necessary to protect that privilege and maintain confidentiality.

As we have discussed, because we use a team approach to planning in order to best advise you and to accomplish your work related to your legal matter, we will need to discuss certain matters with professional advisors, institutions, and other people. Also, to best serve your interests

DocuSign Envelope ID: 8FC3B9B3-9F5A-432F-AD5A-3F359B5E040B



upon disability or death, you may want to authorize us to disclose information to your personal representatives, agents, and trustees. By signing this engagement letter, you agree that we may disclose information to those people or entities that you later identify to us in writing. In every instance, we will only divulge the absolute minimum amount of information required and then only that which you have authorized us to disclose.

We understand the importance of making our clients happy and strive to provide the best services possible. Prior to publishing any comments or reviews online, the client and firm agrees to go to arbitration to resolve any dispute, each party to bear their own cost. Should either party publish a review or website online concerning the other party, the publishing party automatically grants an irrevocable, perpetual, fully-paid, worldwide exclusive license to use, copy, perform, display, distribute or remove such information and content.

### Disclaimer of Guarantee

Nothing in this agreement or any statement by an attorney or staff member of our office will be construed as a promise or guarantee regarding the outcome of your matter. No attorney or staff member of our office makes any such promises or guarantees. Any statement regarding the outcome of your matter is an expression of opinion only. You are aware of the hazards of litigation and acknowledge that we have made no guarantees in the disposition of any phase of the matter for which you have retained this office. Nonconsensual pornography is a very sensitive topic in New York and the case law varies significantly. Given the New York Court's treatment of nonconsensual pornography cases, we cannot guarantee, among everything else and other things, (1) the statute of limitations has not expired and (2) jurisdiction in New York (3) if you are requesting removal of the websites, that the websites will come down, (4) if you are requesting information, that the defendant is not using a VPN or masking their information, and that the information we receive from any company will be useful, and (5) that a newspaper article will not be written about your case because it is a matter of public record.

**Lastly, you have the right to consult with outside counsel regarding this legal matter either prior, during or after your representation.**

Please feel free to contact us with any questions or comments you have.

Daniel Szalkiewicz & Associates, P.C.



Ms. Marisa Hahn
As of July 1, 2020
Page 5

If the above description of our fee arrangement and billing and payment procedures meets with your approval, kindly acknowledge same on the enclosed copy of this letter and return the executed copy to our office

Very truly yours,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

By: Daniel S. Szalkiewicz, Esq.

I have read and understand the above letter, have received a copy and accept all of its terms:

Ms. Marisa Hahn          7/1/2020

(continuing)



Ms. Marisa Hahn
As of July 1, 2020
Page 6

### Statement of Client's Rights and Responsibilities

Your attorney is providing you with this document to inform you of what you, as a client, are entitled to by law or by custom. To help prevent any misunderstanding between you and your attorney, please read this document carefully.

If you ever have any questions about these rights, or about the way your case is being handled, do not hesitate to ask your attorney. He or she should be readily available to represent your best interests and keep you informed about your case.

An attorney may not refuse to represent you on the basis of race, creed, color, sex, sexual orientation, age, national origin or disability.

You are entitled to an attorney who will be capable of handling your case; show you courtesy and consideration at all times; represent you zealously; and preserve your confidences and secrets that are revealed in the course of the relationship.

You are entitled to a written retainer agreement which must set forth, in plain language, the nature of the relationship and the details of the fee arrangement. At your request, and before you sign the agreement, you are entitled to have your attorney clarify in writing any of its terms, or include additional provisions.

You are entitled to fully understand the proposed rates and retainer fee before you sign a retainer agreement, as in any other contract.

You may refuse to enter into any fee arrangement that you find unsatisfactory.

Your attorney may not request a fee that is contingent on the securing of a divorce or on the amount of money or property that may be obtained.

Your attorney may not request a retainer fee that is nonrefundable. That is, should you discharge your attorney, or should your attorney withdraw from the case, before the retainer is used up, he or she is entitled to be paid commensurate with the work performed on your case and any expenses, but must return the balance of the retainer to you. However, your attorney may enter into a minimum fee arrangement with you that provides for the payment of a specific amount below which the fee will not fall based upon the handling of the case to its conclusion.

You are entitled to know the approximate number of attorneys and other legal staff members who will be working on your case at any given time and what you will be charged for the services of each.

You are entitled to know in advance how you will be asked to pay legal fees and expenses, and how the retainer, if any, will be spent.

DocuSign Envelope ID: 8FC3B9B3-9F5A-432F-AD5A-3F359B5E040B

At your request, and after your attorney has had a reasonable opportunity to investigate your case, you are entitled to be given an estimate of approximate future costs of your case, which estimate shall be made in good faith but may be subject to change due to facts and circumstances affecting the case.

You are entitled to receive a written, itemized bill on a regular basis, at least every 60 days.

You are expected to review the itemized bills sent by counsel, and to raise any objections or errors in a timely manner. Time spent in discussion or explanation of bills will not be charged to you.

You are expected to be truthful in all discussions with your attorney, and to provide all relevant information and documentation to enable him or her to competently prepare your case.

You are entitled to be kept informed of the status of your case, and to be provided with copies of correspondence and documents prepared on your behalf or received from the court or your adversary.

You have the right to be present in court at the time that conferences are held.

You are entitled to make the ultimate decision on the objectives to be pursued in your case, and to make the final decision regarding the settlement of your case.

Your attorney's written retainer agreement must specify under what circumstances he or she might seek to withdraw as your attorney for nonpayment of legal fees. If an action or proceeding is pending, the court may give your attorney a "charging lien," which entitles your attorney to payment for services already rendered at the end of the case out of the proceeds of the final order or judgment.

You are under no legal obligation to sign a confession of judgment or promissory note, or to agree to a lien or mortgage on your home to cover legal fees. Your attorney's written retainer agreement must specify whether, and under what circumstances, such security may be requested. In no event may such security interest be obtained by your attorney without prior court approval and notice to your adversary. An attorney's security interest in the marital residence cannot be foreclosed against you.

You are entitled to have your attorney's best efforts exerted on your behalf, but no particular results are guaranteed.

If you entrust money with an attorney for an escrow deposit in your case, the attorney must safeguard the escrow in a special bank account. You are entitled to a written escrow agreement, a written receipt, and a complete record concerning the escrow. When the terms of the escrow

DocuSign Envelope ID: 8FC3B9B3-9F5A-432F-AD5A-3F359B5E040B



agreement have been performed, the attorney must promptly make payment of the escrow to all persons who are entitled to it.

In the event of a fee dispute, you may have the right to seek arbitration. Your attorney will provide you with the necessary information regarding arbitration in the event of a fee dispute, or upon your request.

**Dated:** 7/1/2020

Marisa Hahn

~~Ms. Marisa Hahn~~

Daniel Szalkiewicz

~~Daniel S. Szalkiewicz, Esq.~~



Ms. Marisa Hahn
As of July 1, 2020
Page 9

---

**Form W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
### Identification Number and Certification

Give Form to the requester. Do not send it to the IRS.

Name (as shown on your income tax return)
**Daniel Szalkiewicz & Associates, P.C.**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor  ☐ C Corporation  ☒ S Corporation  ☐ Partnership  ☐ Trust/estate

Exemptions (see instructions):

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Other (see instructions) ▶

Address (number, street, and apt. or suite no.)
**116 Pinehurst Ave, Suite A44**

Requester's name and address (optional)

City, state, and ZIP code
**New York, New York 10033**

List account number(s) here (optional)

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number
4 6 — 2 6 3 3 4 0 0

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign Here

Signature of U.S. person ▶ _____

Date ▶ 7/1/20

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. The IRS has created a page on IRS.gov for information about Form W-9, at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

Note. If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

---

Daniel Szalkiewicz & Associates, P.C.



## FOR YOUR CONVENIENCE,
## PAYMENT INSTRUCTIONS ARE AS FOLLOWS:

**Wiring Instructions:**

Bank Name:        TD Bank
Address:           Wilmington, Delaware
ABA:              031101266

Credit to:         Law Offices of Daniel S Szalkiewicz PC
Account:         4280485321

"When you provide a check as payment, you authorize us to either use information from your
check to make a one-time electronic fund transfer from your account or to process the payment
as a check transaction."

Wire fees may be assessed by your bank.

**Credit Card Instructions:**

Payment by credit card can be made online upon request.

**Check Instructions:**

Please mail all retainer checks to:
        **Daniel Szalkiewicz & Associates, P.C.**
        **116 Pinehurst Avenue, Suite A44**
        **New York, New York 10033**



Exhibit 13

# Calculation of Damages

### Emotional Distress

Recognizing three levels of emotional distress claims: "garden variety" based on vague or conclusory testimony which generally merits $30,000 to $125,000 in damages; "significant" emotional distress claims sometimes supported by medical testimony which merit awards at least as high as $175,000; and, "egregious" emotional distress claims which generally involve outrageous or shocking conduct on the part of the wrongdoer or has a significant impact on the physical health of the plaintiff

(Kennedy v City of NY, 2019 NY Slip Op 33397[U], *34 [Sup Ct, NY County 2019])

| Award Amount | Case |
|---|---|
| $1,000,000, for mental anguish | (Madrigal v Montefiore Med. Ctr., 191 AD3d 407 [1st Dept 2021]) |
| $120,000 for past emotional distress, | (Glassman v Feldman, 2022 NY Slip Op 30582[U], *15 [Sup Ct, NY County 2022]) |
| $300,000 for emotional suffering and distress | (Saleh v Pretty Girl, Inc., 2022 US Dist LEXIS 160952, at *3 [EDNY Sep. 6, 2022, No. 09-CV-1769 (RER)]) |
| Court remits the emotional damages award from $2,000,000.00 to $200,000.00 | (Emamian v Rockefeller Univ., 2018 US Dist LEXIS 97674, at *42 [SDNY June 8, 2018]) |
| $500,000 for emotional distress and reputational harm | (Ravina v Columbia Univ., 2019 US Dist LEXIS 56556, at *44 [SDNY Mar. 31, 2019, No. 16-CV-2137 (RA)]) |
| $350,000 for emotional distress | (Villalta v JS Barkats, P.L.L.C., 2021 US Dist LEXIS 75071, at *47 [SDNY Apr. 16, 2021, No. 16-CV-2772 (RA) (RWL)]) |
| $300,000 for emotional distress | (Angulo v 36th St. Hospitality LLC, 2020 US Dist LEXIS 137816, at *38 [SDNY July 31, 2020]) |
| $250,000.00 for IIED | (Parker v Jones, 70 Misc 3d 1202[A], 2020 NY Slip Op 51534[U], *5 [Sup Ct, Warren County 2020]) |
| $200,000 for emotional distress | (Automatic Meter Reading Corp. v New York City, 63 Misc 3d 1211[A], 2019 NY Slip Op 50464[U] [Sup Ct, NY County 2019]) |
| $200,000 in compensatory damages for mental anguish and humiliation | (Matter of State Div. of Human Rights v Steve's Pier One, Inc., 123 AD3d 728 [2d Dept 2014]) |

# **Calculation of Damages**

| | |
|---|---|
| $400,000 in compensatory damages for emotional distress | (Salemi v Gloria's Tribeca Inc., 115 AD3d 569 [1st Dept 2014]) |
| $300,000 for emotional distress | (Belton v Lal Chicken, Inc., 138 AD3d 609, 609 [1st Dept 2016]) |
| $200,000 for mental anguish | (Tese-Milner v ATCO Props. & Mgt., Inc., 2020 NY Slip Op 33732[U], *27 [Sup Ct, NY County 2020]) |

## **Medical Expenses**

**Past Medical Expenses** (Exhibit 8): $646.05

**Future Medical Expenses**

In awarding damages for claimant's past and future pain and suffering, it is proper for the court to take judicial notice of the life expectancy tables set forth in Appendix A to the Pattern Jury Instructions

(Cody v State of NY, 59 Misc 3d 302, 315 [Ct Cl 2017])

See Life Expectancy Table, Exhibit 11 found at
https://www.health.ny.gov/health_care/medicaid/publications/docs/gis/20ma08_att_i.pdf

Marisa is treating with a therapist once a month for an average cost of $161 an appointment.

| Years (Exhibit 11) | Number of Visits | Costs for a Year at $161 a visit | Total Cost |
|---|---|---|---|
| 1-56 | 12 per a year | $1932.00 | $108,192.00 |

## **Punitive Damages**

Civil Rights Law 52-B and NYC Admin Code 10-180 both allow for the award of punitive damages.

Plaintiff requests a ratio of 3:1 for punitive damages (see Olson v Brenntag N. Am., Inc., 69 Misc 3d 1214[A], 2020 NY Slip Op 51315[U], *44 [Sup Ct, NY County 2020][the First Department and other departments of the Appellate Division have affirmed or adopted damage-award ratios greater than 1:1 (or for that matter 4:1]).

# **Calculation of Damages**

## **Attorney Fees**

Civil Rights Law 52-B and NYC Admin Code 10-180 also both allow for the award of attorney fees.

Plaintiff requests $25,000.00 in attorney fees (see Exhibit 12)

## **Other Fees**

Expert Fee for Dr. Asia Eaton: $1,500.00.

## **Total Requested**

| | |
|---|---|
| Compensatory (Emotional Distress): | $250,000.00 |
| Past Medical Expenses: | $646.05 |
| Future Medical Expenses: | $108,192.00 |
| Punitive Damages: | $750,000.00 |
| Attorney Fees: | $25,000.00 |
| Expert Fees: | $1,500.00 |
| **Total:** | **$1,135,338.05** |