# Exhibit 7

FILED: NEW YORK COUNTY CLERK 09/21/2022 02:21 PM
NYSCEF DOC. NO. 34

INDEX NO. 161144/2020
RECEIVED NYSCEF: 09/21/2022

At an IAS Part of the Supreme Court of the State of New York, held in and for the County of New York at the Courthouse located at 80 Centre Street, New York, New York, on the <u>September</u> day of _____, 2022

PRESENT:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | | |
|---|---|---|
| M.H | Plaintiff, | **JUDGMENT** |
| -against- | | |
| E.T. A/K/A E.M. | | Index No. 161144/2020 |
| | Defendant, | |

    The plaintiff, by and through his attorneys, DANIEL SZALKIEWICZ & ASSOCIATES, P.C. having commenced an action against the defendant for an Order for personal injuries relating to defamation, together with all prior pleadings and proceedings heretofore had herein in this matter having been set down for an Inquest on Damages scheduled before the Hon. Frank P. Nervo, on September 13, 2022 and said Inquest on Damages having been duly conducted on September 13, 2022; a witness for plaintiff having appeared, testimony adduced, and submissions of plaintiff having been duly received into evidence, and after due deliberation thereon; it is,

    NOW, upon the Summons and the Complaint dated July 13, 2020, the so ordered transcript of the Inquest on Damages dated September 13, 2022 and annexed hereto, the Order dated September 15, 2022, and annexed hereto, and upon all prior pleadings and proceedings heretofore had herein; it is

~~ORDERED and~~ ADJUDGED, that Plaintiff, Marisa Hahn, residing at 258 Old Woodbury Rd., Southbury, CT, 06488 has a judgment against ^(and recover from) the defendant Emily Marks, residing at 211 E. 33rd, New York, NY 10016, in the sum of ONE MILLION TWO HUNDRED THIRTY-SIX THOUSAND FOUR HUNDRED NINTY SIX DOLLARS AND FIVE CENTS ($1,236,496.05), ~~allocated as follows:~~

~~$25,850.00 for legal and expert fees;~~
~~$350,000.00 in compensatory damages;~~
~~$750,000.00 for punitive damages;~~
~~$646.50 for past medical expenses; and~~
~~$110,000 for future medical expenses~~

~~and the~~ costs and disbursements in the amount of ~~$1,371.90~~ $1152.80, plus interest in the amount of __$2439.12__, for a total judgment of $ __1,240,087.97__ ✗, and plaintiff shall have execution thereof.

ENTERED:

Dated:  21 st  Sep.  2022

*Milton Adair Tingling*
County Clerk

FILED
Sep 21 2022
NEW YORK
COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York

Index No. 161144/2020

M.H.

           Plaintiff(s)

against

E.T.

           Defendant(s)

Costs of Marisa Hahn

| COSTS | $ | DISBURSEMENTS | $ |
|---|---|---|---|
| Costs before note of issue CPLR §8201 subd. 1 | 200 | Fee for index number CPLR §8018(a) | 210.00 |
|  |  | Referee's fees CPLR §8301(a)(1), 8003(a) |  |
| Costs after note of issue CPLR §8201 subd. 2 | 200 | Commissioner's compensation CPLR §8301(a)(2) |  |
|  |  | Clerk's fee, filing notice of pend. or attch. CPLR §8021(a)(10) |  |
| Trial of issue CPLR §8201 subd. 3 | 300 | Entering and docketing judgment CPLR §8301(a)(7), 8016(a)(2) |  |
|  |  | Paid for searches CPLR §8301(a)(10) |  |
| Allowance by statute CPLR §8302(a),(b) |  | Affidavits & acknowledgments CPLR §8009 | 50.00 ~~127.75~~ |
| Additional allowance CPLR §8302(d) |  | Serving copy summons & complaint CPLR §8011(h)(1), 8301(d) | 95.00 |
|  |  | Request for judicial intervention | 30.00 |
| Motion costs CPLR §8202 |  | Note of issue CPLR §8020(a) |  |
|  |  | Paid referee's report CPLR §8301(a)(12) |  |
| Appeal to Appellate Term CPLR §8203(b) |  | Transcripts and filing CPLR §8021 |  |
|  |  | Certified copies of papers CPLR §8301(a)(4) |  |
| Appeal to Appellate Division CPLR §8203(a) |  | Satisfaction piece CPLR §5020(a), 8021 |  |
|  |  | Certified copy of judgment CPLR §8021 |  |
| Appeal to Court of Appeals CPLR §8204 |  | Postage CPLR §8301(a)(12) |  |
|  |  | Jury fee CPLR §8020(c) |  |
|  |  | Stenographers' fees CPLR §8002, 8301 | 22.80 |
| Costs upon frivolous claims and counterclaims CPLR §8303-a |  | Sheriff's fees on execution CPLR §8011, 8012 |  |
|  |  | Sheriff's fees, attachment, arrest, etc. CPLR §8011 |  |
|  |  | Paid printing cases CPLR §8301(a)(6) |  |
|  |  | Clerk's fees Court of Appeals CPLR §8301(a)(12) |  |
|  |  | Paid copies of papers CPLR §8016(a)(4) | 45.00 ~~91.35~~ |
|  |  | Motion expenses CPLR §8301(b) |  |
|  |  | Fees for publication CPLR §8301(a)(3) |  |
|  |  | Serving subpoena CPLR §8011(h), 8301(d) |  |
|  |  | Paid for search CPLR §8301(a)(10) |  |
|  |  | Referee's Report |  |
|  |  | Attendance of Witnesses CPLR §8001(a)(b)(c), 8301(a)(1) |  |

SEPTEMBER 21 2022
I HEREBY CERTIFY THAT I HAVE
ADJUSTED THIS BILL OF COSTS AT
$1152.80
Milton Adra Tinafina
CLERK

COSTS .......................... $ 700.00
DISBURSEMENTS .......... ~~671.90~~ 452.80
TOTAL ........................... $1152.80 ~~1371.90~~        ~~$671.90~~ 452.80

STATE OF NEW YORK  )
                   ):SS.:
COUNTY OF NEW YORK )

The undersigned, an attorney duly admitted to practice in the courts of this state, affirms, that he is a partner with the firm of DANIEL SZALKIEWICZ & ASSOCIATES, P.C., attorneys of record for the plaintiff, MARISA HAHN, in the above entitled action; that the foregoing disbursements have been or will necessarily be made or incurred in this action and are reasonable in amount and that each of the persons named as witnesses, attended as such witness on the trial, hearing or examination before trial herein the number of days set opposite their names; from the place of said trial, hearing or examination: and each of said persons, as such witness as aforesaid necessarily traveled the number of miles so set opposite their names, in traveling to, and the same distance in returning from the same place of trial, hearing or examination; and that copies of documents or papers as charged therein were actually and necessarily obtained for use.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: New York, New York
September 14, 2022

_____
Daniel S. Szalkiewicz, Esq.

FILED
Sep 21 2022
NEW YORK
COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 20 161144

-----------------------------------------------------------------

M. H.

                                      Plaintiff(s)

          vs.

E. T. A/K/A E.M.

                                      Defendant(s)

-----------------------------------------------------------------

Judgment

Attorneys for Plaintiff(s)

Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street Suite 102
New York, NY 10023
Phone:212-706-1007

20 161144

1-2
FILED AND DOCKETED
Sep 21 2022
AT 02:09 P M
N.Y. CO. CLK'S OFFICE